# MORRISON, MAHONEY & MILLER, LLP

COUNSELLORS AT LAW

Doyle C. Valley
Phone: 617-737-8846
Fax: 617-342-4869
dvalley@mail.mm-m.com

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS        CONNECTICUT
BOSTON               HARTFORD
FALL RIVER
SPRINGFIELD          NEW YORK
WORCESTER            NEW YORK

RHODE ISLAND         ENGLAND
PROVIDENCE           LONDON

December 22, 2003

Civil Clerk's Office
United States District Court
United States Courthouse
One Courthouse Way
Boston, MA 02210

Re:  Carefree Park Corporation
Vs:  Abid Nabhan
     United States District Court, No. 03-CV-12426RCL
     Our File: 10009960

Dear Sir/Madam:

Pursuant to Local Rule 81.1, please find the certified copies of pleadings from the Essex Superior Court relative to the above-referenced matter, which was removed to this court pursuant to 28 U.S.C. §1446.

Very truly yours,

Doyle C. Valley

DCV:sw
Enclosure

cc:  Gordon M. Jones, III, Esq.