

# NIXON PEABODY LLP

ATTORNEYS AT LAW
101 Federal Street
Boston, MA 02110-1832
(617) 345-1000
Fax: (617) 345-1300

**Gordon M. Jones, III**
Direct Dial: (617) 345-6125
Direct Fax: (866) 369-4746
E-Mail: gmjones@nixonpeabody.com

FILED IN CLERK'S OFFICE
2004 JAN -7 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 6, 2004

Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

    Re:    Carefree Park Corporation v. Adib Nabhan
              U.S. District Court Civil Action No. 03-CV-12426 RCL

Dear Sir/Madam:

Enclosed please find documents constituting proof of service on the defendant in the above-captioned matter which was removed to this Court on December 3, 2003.

Thank you for your assistance in this matter.

                        Very truly yours,

                        Gordon M. Jones, III

Enclosures

cc:    Amin Nabhan
        Doyle C. Valley, Esq.
        Robert L. Kirby, Jr., Esq.

BOS1341973.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · MANCHESTER, NH · McLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC

# County ESSEX Court SUPERIOR
MASSACGYSETTS

FILED IN CLERKS OFFICE
2004 JAN -7 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

CAREFREE PARK CORPORATION
        vs.       Plaintiff

# Affidavit of Service

ADIB NABHAN
       Defendant

STATE OF FLORIDA  
COUNTY OF PALM BEACH   } ss.  
CITY OF WEST PALM BEACH

D/S Claudia Palenzuela of the Sheriff's Office of Palm Beach County, being duly sworn, deposes and says that he/she is not a party to this action and he/she is over eighteen years of age; that he is a resident elector of the County of Palm Beach, State of Florida;

That on 11/5/03 @9:40am at 205 Turnberry Ct., N Atlantis, Fl. 33462

deponent served the within SUMMONS AND COPY AND COPY OF COMPLAINT

on ADIB NABHAN defendant therein named.

**PERSONALLY** ☐ By personally delivering to and leaving with said defendant a true copy thereof, and that he/she knew the person so served to be the person mentioned and described in the above papers.

**CORPORATION** ☐ By delivering to and leaving with _____ at the above address and that he knew the person so served to be the _____ of the corporation.

**SUBSTITUTE** ☒ By delivering a true copy thereof to and leaving with ADEL NABHAN HOUSEMATE/WIFE a person of suitable age (above the age of 15 years) at his/her usual place of abode, and informing the person of the contents thereof (as defined in F.S. 48.031 (1).

THIS NOTARY AND THE SWORN DEPUTY SHERIFF ARE BOTH EMPLOYED BY THE PALM BEACH COUNTY SHERIFF'S OFFICE

EDWARD W. BIELUCH  
SHERIFF OF PALM BEACH COUNTY, FLORIDA

D/S CLAUDIA PALENZUELA I.D. #5849

Sworn to before me this 5th day of November A.D. 2003 at West Palm Beach, Florida

ADRIENE YVETTE DIXON, NOTARY PUBLIC  
ADRIENE YVETTE DIXON  
MY COMMISSION # DD 046725  
EXPIRES: July 31, 2005  
1-800-3-NOTARY FL Notary Service & Bonding, Inc

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

DLK

**SERVE**: ADIB NABHAN

205 TURNBERRY CT N
ATLANTIS, FL 33462

**ATTORNEY**:
NIXON PEABODY LLP
101 FEDERAL STREET
BOSTON MA 02110

Court: MASSACHUSETTS SUPERIOR
Case #: MA/NABHAN 1

TYPE OF WRIT: SUMMONS AND COPY AND COPY OF COMPLAINT

COST: 35.00
SERVICE $
CHECK 102006809
PD
AT 9:07:35 am

PLAINTIFF: CAREFREE PARK CORPORATION

DEFENDANT: ADIB NABHAN

Received this writ on the **3rd** Day of **November** A.D. 20 **03** and served the same on the within named person at **9:07** AM/PM on the **5** day of **Nov** A.D. **2003** in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ (name) as _____ (capacity)

☒ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: **ADEL NABHAN** (name) as **HOUSEMATE, WIFE** (relationship)

☐ CORPORATE SERVICE
To _____ holding corporate office of _____
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____

By D.S. /s/ Claudia P. Pater, Deputy Sheriff  5849

Edward W Bieluch
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
PBSO #0096 REV. 5/00

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* — (TORT) — MOTOR VEHICLE TORT — CONTRACT — EQUITABLE RELIEF — OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                   SUPERIOR COURT
                                             CIVIL ACTION
                                             No. 3-1926

Carefree Park Corporation ............................, Plaintiff(s)

v.

Adib Nabhan ............................, Defendant(s)

## SUMMONS

To the above named Defendant: **Adib Nabhan**

You are hereby summoned and required to serve upon **Robert L. Kirby, Jr.** **Nixon Peabody LLP** plaintiff's attorney, whose address is **101 Federal Street, Boston, MA 02110**, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at **Essex County** either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Suzanne V. DelVecchio

WITNESS, ▮▮▮▮▮▮▮▮ Esquire, at Salem, the
day of ▮▮▮▮▮▮▮▮ , in the year of our Lord  two thousand three

*Clerk*

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

Office #30

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........................................................ , 200   , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

........................................................................................................................................................................

........................................................................................................................................................................

........................................................................................................................................................................

Dated:                     ,200                    ........................................................................................

N.B.  TO PROCESS SERVER:—
   PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
   THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|  |
|---|
| 200 |

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.

Plaintiff(s)

v.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)