UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAREFREE PARK CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>ADIB NABHAN,<br>　　　　Defendant. | CIVIL ACTION<br>NO. 2003-CV-12426 RCL |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties, by their undersigned counsel, hereby set forth their Joint Statement, including a proposed schedule for the conduct of discovery and the filing of motions.

**I.    Discovery and Proposed Schedule**

The parties have agreed to the following proposed motion and discovery schedule:

1. All mandatory automatic disclosures completed by February 19, 2004. Upon service of mandatory automatic disclosures, a party may pursue other discovery.

2. All written discovery propounded by and all depositions timely noticed by July 3, 2004.

3. Parties agree to abide by the discovery limitations applicable to written discovery and depositions as stated in the Federal Rules of Civil Procedure.

4. Expert disclosures will occur as follows:

1063851

    Plaintiff discloses type(s) of expert(s) by September 30, 2004

    Plaintiff fully discloses expert(s) and opinion(s) by October 31, 2004;

    Defendant fully discloses expert(s) and opinion(s) by November 30, 2004;

5. All dispositive motions filed by January 31, 2005.

## II. Certifications

The parties have filed certifications required by Local Rule 16.1(D)(3) with this joint statement.

## III. Trial by Magistrate Judge

At this time, the parties have not agreed to a trial by magistrate. The parties wish to reserve the right to consider this option in the future.

## IV. Alternative Dispute Resolution

At this time, the parties have not agreed to any specific alternative dispute resolution process. The parties agree that it may be productive to consider mediation.

## V. Settlement Proposal

The plaintiff has provided the defendant with a settlement proposal.

| | |
|---|---|
| The Plaintiff,<br>CAREFREE PARK CORPORATION<br>By its attorneys,<br><br>*/s/ Gordon M. Jones III (JCV)*<br>Gordon M. Jones, III, BBO No. 549016<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 345-1000 | The Defendant,<br>ADIB NABHAN<br>By his attorneys,<br><br>*/s/ Doyle C. Valley*<br>Doyle C. Valley, BBO No. 638578<br>MORRISON, MAHONEY & MILLER, LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

2

1011924v1