UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 2003-CV-12426 RCL

| | |
|---|---|
| CAREFREE PARK CORPORATION, Plaintiff, | ) ) ) |
| v. | ) ) |
| ADIB NABHAN, Defendant. | ) ) ) ) |

## CERTIFICATE OF LOCAL RULE 16.1(D)(3) CONFERENCE

Pursuant to Local Rule 16.1(D)(3) of this Court, the undersigned defendant and his counsel hereby certify that they have conferred:

a)    with a view to establishing a budget for the costs of conducting the full course - and alternative courses - of the above-captioned litigation; and

b)    to consider the resolution through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
ADIB NABHAN

_____ 1/27/03
Adib Nabhan
2001 10th Avenue, North
Lake Worth, FL 33406

The Defendant,
ADIB NABHAN
By his attorneys,

_____
Doyle C. Valley, BBO No. 638578
MORRISON, MAHONEY & MILLER, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1063850v1