UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAREFREE PARK CORPORATION,  )
                             )
            Plaintiff,       )
                             )
v.                           )   CIVIL ACTION NO. 03-12426-RCL
                             )
ADIB NABHAN,                 )
                             )
            Defendant.       )
                             )

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff Carefree Park Corporation, through its President, Amin Nabhan, and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternatives courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Counsel for Carefree Park Corporation                Carefree Park Corporation

_____                            _____
Robert L. Kirby (#550588)                            Amin Nabhan, President
Gordon M. Jones, III (BBO #549016)
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

Dated: January 27, 2004

B1348660v1