UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFREE PARK CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>ADIB NABHAN,<br><br>                Defendant. | C.A. No. 03-CV-12426 RCL |

**PLAINTIFF CAREFREE PARK CORPORATION'S ASSENTED-TO
MOTION TO AMEND COMPLAINT**

Plaintiff Carefree Park Corporation ("Carefree Park") hereby moves for leave to amend its complaint to add Amin Nabhan and Jamile Nabhan as additional plaintiffs. A memorandum in support of the motion to amend and a copy of the proposed amended complaint are submitted herewith. Defendant Adib Nabhan has assented to the allowance of this motion.

Wherefore, Carefree Park asks that its motion for leave to amend be allowed.

                              CAREFREE PARK CORPORATION

                              By its attorneys,


                              /s/ Gordon M. Jones, III
                              Robert L. Kirby, Jr. (BBO #550538)
                              Gordon M. Jones, III (BBO # 549016)
                              NIXON PEABODY LLP
                              100 Summer Street
                              Boston, MA  02110-2131
                              (617) 345-1000

Dated: March 15, 2005

Assented to:

Adib Nabhan,

By his attorney,

/s/ Doyle C. Valley
Doyle C. Valley (BBO #638578)
MORRISON, MAHONEY & MILLER LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on March 15, 2005.

/s/ Gordon M. Jones, III
Gordon M. Jones, III