```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION NO.
                                        03-12426-RCL
```

|  |  |
|---|---|
| CAREFREE PARK CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| ADIB NABHAN | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2(a), please enter my appearance on behalf of the defendant Adib Nabhan in the above-captioned action.

ADIB NABHAN

By his attorney,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

CERTIFICATE OF SERVICE

I, Ian Crawford, hereby certify that on November 16, 2005, I caused a copy of this Notice of Appearance to be served by electronic mail upon all counsel of record.

/s/ Ian Crawford
Ian Crawford