**EXHIBIT B**

Prepared By
Approved By

*Carefree Park*
*Fun Depot F/S*
*12/31/96*

WILSON JONES COMPANY        G7607 ColumnWrite ®



Members of American Institute
of Certified Public Accountants

**Peterson**
**Peterson**
**& Rioux**
Certified Public Accountants

Members of Florida Institute
of Certified Public Accountants

3003 South Congress Avenue
Suite 2-C
Palm Springs, Florida 33461

Wayne M. Peterson, CPA • Craig K. Peterson, CPA • N. Wayne Rioux, CPA
E-mail Craig K. Peterson: ckpcpa@aol.com • N Wayne Rioux: wrioux5384@aol.com

Palm Beach (561) 964-1800
Broward (954) 428-1590
Fax: (561)966-1326

August 4, 1997

Mike Leclerc
c/o Bigelow & Co, CPA's
Two Harbour Place
Portsmouth, NH  03801

Re: Fun Depot, Inc.
2001-5 10th Avenue N.
Lake Worth, FL  33461

Dear Mike,

I have enclosed the following information for Fun Depot, Inc.:

1. The general ledger detail for April 1996 (date of incorporation)  through March 31,1997.
2. The financial statements for December 31,1996 and March 31,1997.
3. The depreciation schedule.
4. The commercial note agreement with Centura.

Also, I did not find the three checks for $10,000 in the general ledger. Could those checks have been transfers of funds within Carefree's accounts?

Please note I did not send all of the disclosures nor the accountant's letters with the financial statements. I thought it wasn't necessary.

If you have any questions regarding this information you can call me at 564-964-1800.

Sincerely,

0001

FUN DEPOT, INC.

Statement Of Assets, Liabilities And Equity
Income Tax Basis
At December 31, 1996

ASSETS

CURRENT ASSETS
  Cash In Checking                                     1,767.69

    TOTAL CURRENT ASSETS                                 1,767.69

FIXED ASSETS (AT COST)

Leasehold Improvements            19,811.61
Allow. For Depreciation           (42.33)

                                     19,769.28

    TOTAL FIXED ASSETS                             19,769.28

OTHER ASSETS

    TOTAL ASSETS                                   21,536.97

See Accompanying Notes And Accountant's Review Report

FUN DEPOT, INC.

Statement Of Assets, Liabilities And Equity
Income Tax Basis
At December 31, 1996

LIABILITIES AND
STOCKHOLDERS EQUITY

CURRENT LIABILITIES
Fica Tax Payable                              5,501.10
Withholding Tax Payable                       2,351.48
State Unemploy. Payable                         533.01
Federal Unemploy. Payable                       157.93
Fica & W/H Paid                              (7,852.63)
Sales Tax Payable                             1,894.73

  TOTAL CURRENT LIABILITIES                                   2,585.62

LONG-TERM LIABILITIES
Loan Payable-Stockholders                     7,690.11

  TOTAL L/T LIABILITIES                                       7,690.11

  TOTAL LIABILITIES                                          10,275.73

  STOCKHOLDERS EQUITY

CAPITAL
CAPITAL STOCK: $1.00 PAR
100 Shares Authorized;
100 Issued & Outstanding                        100.00

                                                               100.00

  Share.Undistr.Tax. Income
Net Income (Loss)                            11,161.24

  BALANCE                                                    11,161.24

  TOTAL STOCKHOLDERS EQUITY                                  11,261.24

  TOTAL LIABILITIES and
  STOCKHOLDERS EQUITY                                        21,536.97

See Accompanying Notes And Accountant's Review Report

FUN DEPOT, INC.

Statement Of Revenue & Expenses
Income Tax Basis
For The 12 Months Ended
December 31, 1996 - YTD

| | December 31, 1996 12 Months YTD | % |
|---|---|---|
| INCOME | | |
| Sales | 294,437.10 | 100.00 |
| TOTAL INCOME | 294,437.10 | 100.00 |
| LESS : COST OF SALES | | |
| Purchases-Supplies | 29,493.82 | 10.02 |
| Purchases-Tickets | 1,696.80 | 0.58 |
| Purchases-Gas & Oil | 4,306.92 | 1.46 |
| Purchases-Parts | 18,909.67 | 6.42 |
| Payroll | 80,576.38 | 27.37 |
| Payroll Taxes | 11,596.30 | 3.94 |
| Equipment Maintenance | 1,285.35 | 0.44 |
| TOTAL COST OF SALES | 147,865.24 | 50.22 |
| GROSS PROFIT/OPERATIONS | 146,571.86 | 49.78 |
| LESS: OPERATING EXPENSES | | |
| Advertising | 22,999.74 | 7.81 |
| Dues & Subscriptions | 811.00 | 0.28 |
| Insurance | 31,028.14 | 10.54 |
| Licenses & Taxes | 9,249.83 | 3.14 |
| Office Expense | 1,860.99 | 0.63 |
| Rep.& Maint.- Bldg. | 5,780.50 | 1.96 |
| Telephone | 3,450.55 | 1.17 |
| Utilities | 30,013.36 | 10.19 |
| TOTAL OPERATING EXPENSES | 105,194.11 | 35.73 |
| NET INCOME (LOSS) BEFORE OTHER EXPENSES & INCOME | 41,377.75 | 14.05 |

See Accompanying Notes And Accountant's Review Report

FUN DEPOT, INC.

Statement Of Revenue & Expenses
Income Tax Basis
For The 12 Months Ended
December 31, 1996 - YTD

|  | December 31, 1996 12 Months YTD | % |
|---|---|---|
| LESS: OTHER EXPENSES |  |  |
| Depreciation - (SL) | 42.33 | 0.01 |
| Officers Salary | 30,400.00 | 10.32 |
| TOTAL OTHER EXPENSES | 30,442.33 | 10.34 |
| PLUS: OTHER INCOME |  |  |
| Sales Tax Commissions | 225.82 | 0.08 |
| TOTAL OTHER INCOME | 225.82 | 0.08 |
| NET INCOME (LOSS) | 11,161.24 | 3.79 |

THERE IS NO LIABILITY FOR
FEDERAL INCOME TAXES AS
CORPORATION IS CURRENTLY
CLASSIFIED AS A SMALL
BUSINESS CORPORATION
FOR FEDERAL INCOME
TAX PURPOSES.

See Accompanying Notes And Accountant's Review Report

```
                          General Ledger Activity              Page:    1
                          Period: 01/01/96 to 12/31/96         Term:    0
                                                               Div :    0
                                                               Date: 08/04/97
        Company: FUN DEPOT, INC.                               Time: 14:41:44
Printed by: Peterson & Peterson, PA                            Post: P

Account #        Title/Date      Ref  Jrn Batch   Debit/Credit      Description
----------   ----------------   ------ --- -----  --------------  ----------------
105          Cash In Checking
             04/30/96              1    3    2     24,476.94
             04/30/96              2    3    2      9,737.21 CR
             04/30/96           1025    3    2     22,195.26 CR DISBURSEMENTS
             05/31/96              1    3    2     28,363.66
             05/31/96              2    3    2     15,127.89 CR
             05/31/96           1050    3    2     18,775.37 CR DISBURSEMENTS
             06/30/96              1    3    2     48,363.25
             06/30/96              2    3    2     12,669.93 CR
             06/30/96           1075    3    2     26,403.29 CR DISBURSEMENTS
             07/31/96              1    3    2     37,397.80
             07/31/96              2    3    2     15,174.00 CR
             07/31/96           1100    3    2     19,337.81 CR DISBURSEMENTS
             08/31/96              1    3    2     39,365.21
             08/31/96              2    3    2     16,945.87 CR
             08/31/96           1161    3    2     23,025.89 CR DISBURSEMENTS
             09/30/96              1    3    2     28,222.51
             09/30/96              2    3    2     11,598.35 CR
             09/30/96           1191    3    2     16,513.50 CR DISBURSEMENTS
             10/31/96              1    3    4     27,052.00
             10/31/96              2    3    4     16,442.87 CR
             10/31/96           1224    3    4     19,662.85 CR DISBURSEMENTS
             11/30/96              1    3    5     28,320.70
             11/30/96              2    3    5     12,278.77 CR
             11/30/96           1250    3    5     12,743.49 CR DISBURSEMENTS
             12/31/96              1    3    5     54,481.59
             12/31/96              2    3    5     13,745.87 CR
             12/31/96           1282    3    5     31,897.75 CR DISBURSEMENTS

    Open:         0.00    Chg:        1,767.69    Close:         1,767.69

251          Equipment

    Open:         0.00    Chg:            0.00    Close:             0.00

252          Allow. For Depreciation

    Open:         0.00    Chg:            0.00    Close:             0.00

260          Office Equipment

    Open:         0.00    Chg:            0.00    Close:             0.00

261          Allow. For Depreciation

    Open:         0.00    Chg:            0.00    Close:             0.00

263          Leasehold Improvements
             11/30/96           1241    3    5        212.80       AMER. LIGHTING
             11/30/96           1246    3    5        667.79       JOBSITE PERSONNEL
             12/31/96           1253    3    5      1,889.72       JOBSITE PERSONNEL
```

```
                              General Ledger Activity                Page:     2
                              Period: 01/01/96 to 12/31/96           Term:     0
                                                                     Div :     0
                                                                     Date: 08/04/97
          Company: FUN DEPOT, INC.                                   Time: 14:41:45
          Printed by: Peterson & Peterson, PA                        Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
| | 12/31/96 | 1258 | 3 | 5 | 479.44 | PORTER PAINTS |
| | 12/31/96 | 1262 | 3 | 5 | 2,491.57 | JOBSITE PERSONNEL |
| | 12/31/96 | 1271 | 3 | 5 | 1,773.38 | DOOR DEPOT |
| | 12/31/96 | 1274 | 3 | 5 | 5,164.97 | SEWELL HARDWARE |
| | 12/31/96 | 1277 | 3 | 5 | 2,098.38 | JOBSITE PERSONNEL |
| | 12/31/96 | 1275 | 3 | 5 | 133.56 | SIGNING AMERICA |
| | 12/31/96 | 1281 | 3 | 5 | 4,900.00 | KOLL PLUMBING |

```
     Open:          0.00    Chg:        19,811.61    Close:       19,811.61

264          Allow. For Depreciation
                    12/31/96      106    3      6           42.33 CR

     Open:          0.00    Chg:            42.33 CR Close:         42.33 CR

355          Deposits

     Open:          0.00    Chg:             0.00    Close:            0.00

370          Exchange
                    04/01/96      101    3      1        1,733.76
                    04/30/96        3    3      2        1,733.76 CR
                    05/31/96        2    3      2          130.00
                    05/31/96        3    3      2          130.00 CR
                    06/30/96        2    3      2          195.00
                    06/30/96        3    3      2          195.00 CR
                    07/31/96        2    3      2        1,257.68
                    07/31/96        5    3      2        1,257.68 CR
                    09/30/96        2    3      2          175.24
                    09/30/96        3    3      2          175.25 CR
                    09/30/96      103    3      3            0.01
                    10/31/96        2    3      4          175.25
                    10/31/96        3    3      4          175.25 CR
                    11/30/96        2    3      5          175.25
                    11/30/96        3    3      5          175.25 CR
                    12/31/96        2    3      5        1,362.73
                    12/31/96        3    3      5          167.43 CR
                    12/31/96      107    3      6        1,195.30 CR

     Open:          0.00    Chg:             0.00    Close:            0.00

403          Fica Tax Payable
                    04/30/96        3    3      2          802.64 CR
                    04/30/96        4    3      2          802.62 CR
                    05/31/96        3    3      2        1,049.73 CR
                    05/31/96        4    3      2        1,049.71 CR
                    06/30/96        3    3      2          896.55 CR
                    06/30/96        4    3      2          896.60 CR
                    07/31/96        3    3      2          984.09 CR
                    07/31/96        4    3      2          984.06 CR
                    07/31/96        4    3      2        5,497.85
```

```
                          General Ledger Activity              Page:    3
                          Period: 01/01/96 to 12/31/96         Term:    0
                                                               Div :    0
                                                               Date: 08/04/97
        Company: FUN DEPOT, INC.                               Time: 14:41:45
        Printed by: Peterson & Peterson, PA                    Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
|           | 08/31/96  | 3   | 3   | 2     | 1,191.84 CR  |             |
|           | 08/31/96  | 4   | 3   | 2     | 1,191.84 CR  |             |
|           | 09/30/96  | 3   | 3   | 2     | 814.28 CR    |             |
|           | 09/30/96  | 4   | 3   | 2     | 814.32 CR    |             |
|           | 10/31/96  | 3   | 3   | 4     | 1,031.46 CR  |             |
|           | 10/31/96  | 4   | 3   | 4     | 1,031.40 CR  |             |
|           | 10/31/96  | 4   | 3   | 4     | 5,980.43     |             |
|           | 11/30/96  | 3   | 3   | 5     | 840.02 CR    |             |
|           | 11/30/96  | 4   | 3   | 5     | 840.03 CR    |             |
|           | 12/31/96  | 3   | 3   | 5     | 879.13 CR    |             |
|           | 12/31/96  | 4   | 3   | 5     | 879.06 CR    |             |

```
   Open:        0.00    Chg:         5,501.10 CR Close:        5,501.10 CR
```

| 404 | Withholding Tax Payable | | | | | |
|-----|-----------|-----|-----|-------|--------------|-------------|
|     | 04/30/96  | 3   | 3   | 2     | 639.72 CR    |             |
|     | 05/31/96  | 3   | 3   | 2     | 1,028.25 CR  |             |
|     | 06/30/96  | 3   | 3   | 2     | 884.35 CR    |             |
|     | 07/31/96  | 3   | 3   | 2     | 915.59 CR    |             |
|     | 07/31/96  | 4   | 3   | 2     | 2,552.32     |             |
|     | 08/31/96  | 3   | 3   | 2     | 1,182.06 CR  |             |
|     | 09/30/96  | 3   | 3   | 2     | 835.86 CR    |             |
|     | 10/31/96  | 3   | 3   | 4     | 1,084.54 CR  |             |
|     | 10/31/96  | 4   | 3   | 4     | 2,933.51     |             |
|     | 11/30/96  | 3   | 3   | 5     | 759.87 CR    |             |
|     | 12/31/96  | 3   | 3   | 5     | 507.07 CR    |             |

```
   Open:        0.00    Chg:         2,351.48 CR Close:        2,351.48 CR
```

| 405 | State Unemploy. Payable | | | | | |
|-----|-----------|-----|-----|-------|--------------|-------------|
|     | 06/30/96  | 4   | 3   | 2     | 970.21 CR    |             |
|     | 07/31/96  | 5   | 3   | 2     | 970.21       |             |
|     | 09/30/96  | 4   | 3   | 2     | 893.37 CR    |             |
|     | 10/31/96  | 1208 | 3  | 4     | 893.37       | FL.UNEMPLOYMENT |
|     | 12/31/96  | 4   | 3   | 5     | 533.01 CR    |             |

```
   Open:        0.00    Chg:          533.01 CR Close:          533.01 CR
```

| 406 | Federal Unemploy. Payable | | | | | |
|-----|-----------|-----|-----|-------|--------------|-------------|
|     | 06/30/96  | 4   | 3   | 2     | 287.47 CR    |             |
|     | 07/31/96  | 5   | 3   | 2     | 287.47       |             |
|     | 09/30/96  | 4   | 3   | 2     | 264.70 CR    |             |
|     | 10/31/96  | 1209 | 3  | 4     | 264.70       | FIRST UNION |
|     | 12/31/96  | 4   | 3   | 5     | 157.93 CR    |             |

```
   Open:        0.00    Chg:          157.93 CR Close:          157.93 CR
```

| 407 | Fica & W/H Paid | | | | | |
|-----|-----------|-----|-----|-------|--------------|-------------|
|     | 04/30/96  | 2   | 3   | 2     | 2,244.98     |             |
|     | 05/31/96  | 2   | 3   | 2     | 3,127.69     |             |
|     | 06/30/96  | 2   | 3   | 2     | 2,677.47     |             |

```
                              General Ledger Activity           Page:    4
                             Period: 01/01/96 to 12/31/96       Term:    0
                                                                Div :    0
                                                                Date: 08/04/97
            Company: FUN DEPOT, INC.                            Time: 14:41:45
         Printed by: Peterson & Peterson, PA                    Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
|  | 07/31/96 | 2 | 3 | 2 | 2,883.74 |  |
|  | 07/31/96 | 4 | 3 | 2 | 8,050.14 CR |  |
|  | 08/31/96 | 2 | 3 | 2 | 3,565.74 |  |
|  | 08/31/96 | 1111 | 3 | 2 | 2,665.51 | FIRST UNION |
|  | 09/30/96 | 2 | 3 | 2 | 2,464.46 |  |
|  | 09/30/96 | 104 | 3 | 3 | 2,665.51 CR |  |
|  | 10/31/96 | 2 | 3 | 4 | 3,147.43 |  |
|  | 10/31/96 | 4 | 3 | 4 | 8,913.94 CR |  |
|  | 11/30/96 | 2 | 3 | 5 | 2,439.91 |  |
|  | 12/31/96 | 2 | 3 | 5 | 2,265.29 |  |

```
      Open:          0.00    Chg:       7,852.63   Close:        7,852.63
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
| 418 | Sales Tax Payable |  |  |  |  |  |
|  | 04/30/96 | 1 | 3 | 2 | 1,097.84 CR |  |
|  | 05/31/96 | 1 | 3 | 2 | 1,232.39 CR |  |
|  | 05/31/96 | 1036 | 3 | 2 | 1,097.84 | DEPT. OF REVENUE |
|  | 06/30/96 | 1 | 3 | 2 | 1,802.22 CR |  |
|  | 06/30/96 | 1061 | 3 | 2 | 1,232.39 | DEPT. OF REVENUE |
|  | 07/31/96 | 1 | 3 | 2 | 1,384.34 CR |  |
|  | 07/31/96 | 1099 | 3 | 2 | 1,802.22 | DEPT. OF REVENUE |
|  | 08/31/96 | 1 | 3 | 2 | 1,594.57 CR |  |
|  | 08/31/96 | 1154 | 3 | 2 | 1,384.34 | DEPT. OF REVENUE |
|  | 09/30/96 | 1 | 3 | 2 | 1,266.25 CR |  |
|  | 09/30/96 | 1183 | 3 | 2 | 1,594.57 | DEPT. OF REVENUE |
|  | 10/31/96 | 1 | 3 | 4 | 1,175.25 CR |  |
|  | 10/31/96 | 1207 | 3 | 4 | 1,266.25 | DEPT. OF REVENUE |
|  | 11/30/96 | 1 | 3 | 5 | 1,173.96 CR |  |
|  | 11/30/96 | 1240 | 3 | 5 | 1,145.87 | DEPT. OF REVENUE |
|  | 12/31/96 | 105 | 3 | 5 | 28.09 |  |
|  | 12/31/96 | 1 | 3 | 5 | 1,943.19 CR |  |
|  | 12/31/96 | 1265 | 3 | 5 | 1,175.25 | DEPT. OF REVENUE |
|  | 12/31/96 | 109 | 3 | 6 | 48.46 |  |

```
      Open:          0.00    Chg:       1,894.73 CR Close:     1,894.73 CR
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
| 420 | Credit Line |  |  |  |  |  |
|  | 11/30/96 | 1 | 3 | 5 | 700.00 CR |  |
|  | 12/31/96 | 1 | 3 | 5 | 1,000.00 CR |  |
|  | 12/31/96 | 107 | 3 | 6 | 1,700.00 |  |

```
      Open:          0.00    Chg:          0.00   Close:           0.00
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
| 499 | Payroll Clearing |  |  |  |  |  |
|  | 04/30/96 | 2 | 3 | 2 | 7,315.68 |  |
|  | 04/30/96 | 3 | 3 | 2 | 7,315.68 CR |  |
|  | 05/31/96 | 2 | 3 | 2 | 11,513.85 |  |
|  | 05/31/96 | 3 | 3 | 2 | 11,513.85 CR |  |
|  | 06/30/96 | 2 | 3 | 2 | 9,744.13 |  |
|  | 06/30/96 | 3 | 3 | 2 | 9,744.13 CR |  |
|  | 07/31/96 | 2 | 3 | 2 | 10,963.77 |  |

```
                              General Ledger Activity            Page:    5
                             Period: 01/01/96 to 12/31/96        Term:    0
                                                                 Div :    0
                                                                 Date: 08/04/97
        Company: FUN DEPOT, INC.                                 Time: 14:41:45
     Printed by: Peterson & Peterson, PA                         Post: P

    Account #       Title/Date       Ref   Jrn Batch    Debit/Credit    Description
    ----------  ----------------   ------- --- -----  ---------------  ----------------
                      07/31/96         3    3    2     10,963.77 CR
                      08/31/96         2    3    2     13,205.81
                      08/31/96         3    3    2     13,205.81 CR
                      09/30/96         2    3    2      8,819.25
                      09/30/96         3    3    2      8,819.25 CR
                      10/31/96         2    3    4     11,191.51
                      10/31/96         3    3    4     11,191.51 CR
                      11/30/96         2    3    5      9,205.56
                      11/30/96         3    3    5      9,205.56 CR
                      12/31/96         2    3    5      9,973.83
                      12/31/96         3    3    5      9,937.83 CR
                      12/31/96       108    3    6         36.00 CR

        Open:          0.00    Chg:           0.00   Close:          0.00

    512         Loan Payable-Stockholders
                      04/01/96       101    3    1      1,633.76 CR
                      10/01/96         2    3    4      1,000.00
                      11/30/96         1    3    5      1,500.00 CR
                      12/31/96         1    3    5      5,556.35 CR

        Open:          0.00    Chg:       7,690.11 CR Close:      7,690.11 CR

    542         100 Issued & Outstanding
                      09/30/96       102    3    3        100.00 CR

        Open:          0.00    Chg:         100.00 CR Close:        100.00 CR

    545         Paid In Capital

        Open:          0.00    Chg:           0.00   Close:          0.00

    555         Balance Beginning

        Open:          0.00    Chg:           0.00   Close:          0.00

    559         Dividends

        Open:          0.00    Chg:           0.00   Close:          0.00

    560         Net Income (Loss)
                      04/01/96       101    3    1        100.00 CR
                      09/30/96       102    3    3        100.00

        Open:          0.00    Chg:           0.00   Close:          0.00


    Estimated Earnings:         11,161.24

    601         Sales
                      04/30/96         1    3    2     23,379.10 CR
```

**0010**

```
                          General Ledger Activity              Page:    6
                          Period: 01/01/96 to 12/31/96         Term:    0
                                                               Div :    0
                                                               Date: 08/04/97
          Company: FUN DEPOT, INC.                             Time: 14:41:46
          Printed by: Peterson & Peterson, PA                  Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|------------|-----|-----|-------|--------------|-------------|
| | 05/31/96 | 1 | 3 | 2 | 27,131.27 CR | |
| | 06/30/96 | 1 | 3 | 2 | 46,561.03 CR | |
| | 07/31/96 | 1 | 3 | 2 | 36,013.46 CR | |
| | 08/31/96 | 1 | 3 | 2 | 37,770.64 CR | |
| | 08/31/96 | 2 | 3 | 2 | 106.00 | |
| | 09/30/96 | 1 | 3 | 2 | 26,956.26 CR | |
| | 10/31/96 | 1 | 3 | 4 | 25,876.75 CR | |
| | 10/31/96 | 2 | 3 | 4 | 74.20 | |
| | 11/30/96 | 1 | 3 | 5 | 24,946.74 CR | |
| | 12/31/96 | 1 | 3 | 5 | 45,982.05 CR | |
| Open: | 0.00 | Chg: | | | 294,437.10 CR Close: | 294,437.10 CR |
| 701 | Purchases-Supplies | | | | | |
| | 04/30/96 | 1006 | 3 | 2 | 189.50 | BONITA MARIE |
| | 04/30/96 | 1001 | 3 | 2 | 145.25 | COCA COLA |
| | 04/30/96 | 1015 | 3 | 2 | 242.56 | J.S. SALES CO. |
| | 04/30/96 | 1017 | 3 | 2 | 178.05 | SAM'S |
| | 04/30/96 | 1021 | 3 | 2 | 376.89 | COSTCO |
| | 04/30/96 | 1022 | 3 | 2 | 87.59 | COCA COLA |
| | 04/30/96 | 1023 | 3 | 2 | 219.50 | COCA COLA |
| | 05/31/96 | 1026 | 3 | 2 | 301.47 | COSTCO |
| | 05/31/96 | 1027 | 3 | 2 | 220.00 | PVI INC. |
| | 05/31/96 | 1028 | 3 | 2 | 387.36 | SAM'S |
| | 05/31/96 | 1031 | 3 | 2 | 328.25 | SAM'S |
| | 05/31/96 | 1042 | 3 | 2 | 3.88 | HARRISON PAINT |
| | 05/31/96 | 1043 | 3 | 2 | 236.50 | COCA COLA |
| | 05/31/96 | 1046 | 3 | 2 | 5,748.98 | VAN BROOK OF LEXI |
| | 05/31/96 | 1048 | 3 | 2 | 409.39 | SAM'S |
| | 05/31/96 | 1049 | 3 | 2 | 172.25 | COCA COLA |
| | 05/31/96 | 1050 | 3 | 2 | 64.31 | HARRISON PAINT |
| | 06/30/96 | 1055 | 3 | 2 | 259.27 | SAM'S |
| | 06/30/96 | 1057 | 3 | 2 | 71.85 | TROPICAL ICE |
| | 06/30/96 | 1063 | 3 | 2 | 398.28 | COSTCO |
| | 06/30/96 | 1066 | 3 | 2 | 335.66 | SAM'S CLUB |
| | 06/30/96 | 1069 | 3 | 2 | 262.50 | COCA COLA |
| | 06/30/96 | 1070 | 3 | 2 | 927.70 | PLUSH 4 PLAY |
| | 06/30/96 | 1074 | 3 | 2 | 80.86 | VAN BROOK LEXINGT |
| | 06/30/96 | 1075 | 3 | 2 | 173.68 | VAN BROOK LEXINGT |
| | 07/31/96 | 1078 | 3 | 2 | 177.43 | COSTCO |
| | 07/31/96 | 1083 | 3 | 2 | 30.26 | WORTH PAINT |
| | 07/31/96 | 1084 | 3 | 2 | 231.01 | SAM'S |
| | 07/31/96 | 1088 | 3 | 2 | 151.25 | COCA COLA |
| | 07/31/96 | 1090 | 3 | 2 | 58.15 | TROPICAL ICE |
| | 07/31/96 | 1091 | 3 | 2 | 322.21 | COSTCO |
| | 07/31/96 | 1092 | 3 | 2 | 318.39 | SAM'S |
| | 07/31/96 | 1097 | 3 | 2 | 210.25 | COCA COLA |
| | 07/31/96 | 1098 | 3 | 2 | 90.00 | A.L.S. |
| | 08/31/96 | 1101 | 3 | 2 | 179.00 | COCA COLA |
| | 08/31/96 | 1102 | 3 | 2 | 109.73 | COSTCO |
| | 08/31/96 | 1103 | 3 | 2 | 57.62 | TROPICAL ICE |

```
                          General Ledger Activity               Page:    7
                          Period: 01/01/96 to 12/31/96          Term:    0
                                                                Div :    0
                                                                Date: 08/04/97
          Company: FUN DEPOT, INC.                              Time: 14:41:46
Printed by: Peterson & Peterson, PA                             Post: P

Account #      Title/Date      Ref   Jrn Batch   Debit/Credit      Description
----------   --------------   ------  --- -----  ---------------  ------------------
               08/31/96       1104    3    2          221.14      SAM'S
               08/31/96       1105    3    2          124.00      COCA COLA
               08/31/96       1109    3    2           78.62      STANDARD CHANGEMA
               08/31/96       1110    3    2          253.98      COSTCO
               08/31/96       1121    3    2           53.51      COSTCO
               08/31/96       1123    3    2          310.70      SAM'S
               08/31/96       1124    3    2          105.00      COCA COLA
               08/31/96       1153    3    2          141.94      COSTCO
               08/31/96       1156    3    2          270.51      SAM'S
               08/31/96       1158    3    2        1,500.00      STALOR, INC.
               08/31/96       1161    3    2          164.00      COCA COLA
               09/30/96       1164    3    2          206.31      SAM'S
               09/30/96       1171    3    2          179.50      COCA COLA
               09/30/96       1172    3    2          119.65      TROPICAL ICE
               09/30/96       1174    3    2          125.00      BIRMINGHAM VEND.
               09/30/96       1177    3    2          171.27      SAM'S
               09/30/96       1187    3    2          250.25      SAM'S
               09/30/96       1189    3    2          116.00      COCA COLA
               09/30/96        104    3    3        2,665.51
               10/31/96          2    3    4          725.25
               10/31/96       1192    3    4           58.97      MULTI PRODUCTS
               10/31/96       1194    3    4           80.27      STANDARD C.MAKERS
               10/31/96       1195    3    4          126.10
               10/31/96       1196    3    4          152.35
               10/31/96       1201    3    4          207.21      SAM'S
               10/31/96       1202    3    4          209.25      COCA COLA
               10/31/96       1204    3    4          129.03      COSTCO
               10/31/96       1212    3    4          172.75      COCA COLA
               10/31/96       1213    3    4          173.40      SAM'S
               10/31/96       1216    3    4          138.05      TROPICAL ICE
               10/31/96       1217    3    4          152.39      COSTCO
               10/31/96       1224    3    4          116.37      NATIONAL CHEMSEAR
               11/30/96          2    3    5          289.79
               11/30/96       1228    3    5           55.00      SAM'S CLUB
               11/30/96       1230    3    5          400.00      VALUE MAP
               11/30/96       1231    3    5           16.76      HARRISON PAINT
               11/30/96       1232    3    5        1,021.63      SUPERIOR LIGHTING
               11/30/96       1233    3    5           52.95      TONER DEPOT
               11/30/96       1236    3    5          123.00      COCA COLA
               11/30/96       1237    3    5          313.64      COSTCO
               11/30/96       1239    3    5          274.44      SAM'S
               11/30/96       1242    3    5          290.00      TRAVEL HOST
               11/30/96       1247    3    5          128.25      COCA COLA
               11/30/96       1248    3    5          140.00      RICK JOHNSON
               11/30/96       1249    3    5          235.29      SAM'S
               11/30/96       1250    3    5           40.00      BLACKHAWK CORP.
               12/31/96       1254    3    5          547.46      VIKING FREIGHT
               12/31/96       1255    3    5           94.00      ACCESSORIES PALAC
               12/31/96       1256    3    5          125.40      TROPIC ICE
               12/31/96       1257    3    5          544.12      J. YVON PLANTE
               12/31/96       1259    3    5          451.46      SAM'S
```

0012

```
                          General Ledger Activity          Page:    8
                          Period: 01/01/96 to 12/31/96     Term:    0
                                                           Div :    0
                                                           Date: 08/04/97
        Company: FUN DEPOT, INC.                           Time: 14:41:46
        Printed by: Peterson & Peterson, PA                Post: P

Account #      Title/Date      Ref   Jrn Batch   Debit/Credit    Description
----------  ----------------  ------  --- -----  --------------  -----------------
               12/31/96       1261    3    5         222.47      COSTCO
               12/31/96       1263    3    5         168.50      COCA COLA
               12/31/96       1278    3    5         704.55      YVON PLANTE

     Open:          0.00      Chg:        29,493.82   Close:       29,493.82

702         Purchases-Tickets
               04/30/96       1007    3    2         607.78      NATIONAL TICKET
               06/30/96       1059    3    2         490.93      NATIONAL TICKET
               08/31/96       1120    3    2         598.09      NATIONAL TICKETS

     Open:          0.00      Chg:         1,696.80   Close:        1,696.80

705         Purchases-Gas & Oil
               04/30/96       1008    3    2         539.11      YOUNG OIL
               04/30/96       1018    3    2         555.55      YOUNG OIL
               06/30/96       1058    3    2         516.76      YOUNG OIL
               08/31/96       1118    3    2         947.54      YOUNG OIL
               09/30/96       1167    3    2         709.57      YOUNG OIL
               11/30/96       1234    3    5         275.00      YOUNG OIL
               12/31/96       1267    3    5         763.39      YOUNG OIL

     Open:          0.00      Chg:         4,306.92   Close:        4,306.92

706         Purchases-Parts
               05/31/96       1029    3    2       2,294.58      FORMULA K
               05/31/96       1034    3    2         100.82      PENINSULAR ELEC.
               05/31/96       1038    3    2          75.63      FORMULA K
               05/31/96       1039    3    2         810.07      ROBERTS SUPPLY
               05/31/96       1041    3    2         780.65      GRAINGER
               05/31/96       1044    3    2          58.57      FORMULA K
               06/30/96       1053    3    2         705.30      LEE & ASSOC.
               06/30/96       1071    3    2         112.22      MELTEC
               06/30/96       1072    3    2         306.00      LOGO GEAR
               07/31/96       1077    3    2         488.13      W.W. GRANGER
               07/31/96       1080    3    2         211.00      GAMES INTER.
               07/31/96       1085    3    2         648.48      WALLY NASSIF
               07/31/96       1089    3    2       1,261.07      FORMULA K
               07/31/96       1095    3    2         185.26      SEWELL HARDWARE
               08/31/96       1107    3    2         135.00      ACCESORIES PALACE
               08/31/96       1108    3    2         190.36      FORMULA K
               08/31/96       1116    3    2         851.17      ROBERTS SUPPLY
               08/31/96       1117    3    2          50.00      GAME INTERNATIONA
               08/31/96       1119    3    2       3,079.55      CALLIS KARTS
               09/30/96       1175    3    2         602.97      BIRMINGHAM VEND.
               09/30/96       1178    3    2         835.92      BOB LYNCH
               09/30/96       1184    3    2         714.46      ROBERTS SUPPLY
               09/30/96       1185    3    2         468.24      GRAINGER
               10/31/96       1197    3    4         255.00      DEL. C. WALY INC.
               10/31/96       1198    3    4         482.00      AUTO. BATTING GAG
               10/31/96       1200    3    4         384.32      FORMULA RACEWAYS
```

0013

```
                              General Ledger Activity              Page:     9
                             Period: 01/01/96 to 12/31/96          Term:     0
                                                                   Div :     0
                                                                   Date: 08/04/97
          Company: FUN DEPOT, INC.                                 Time: 14:41:47
          Printed by: Peterson & Peterson, PA                      Post: P

Account #        Title/Date       Ref   Jrn Batch    Debit/Credit    Description
----------  ------------------  -------  --- -----  ---------------- ------------------
                   10/31/96       1215    3    4            27.73   ROBERTS SUPPLY
                   11/30/96       1226    3    5           335.17   SIGN CRAFT
                   11/30/96       1235    3    5           108.60   ACCESSORIES PALAC
                   12/31/96       1268    3    5         1,500.00   BOB LYNCH
                   12/31/96       1269    3    5           407.04   QUICKSAND INC.
                   12/31/96       1270    3    5           200.00   SIGNAL GROUP
                   12/31/96       1272    3    5           244.36   PLUSH 4 PLAY

     Open:           0.00      Chg:          18,909.67   Close:         18,909.67

725        Payroll
                   04/30/96          3    3    2         8,091.80
                   05/31/96          3    3    2         9,721.83
                   06/30/96          3    3    2         8,520.03
                   07/31/96          3    3    2         9,663.45
                   08/31/96          3    3    2        11,579.71
                   09/30/96          3    3    2         7,444.64
                   10/31/96          3    3    4         9,482.76
                   11/30/96          3    3    5         7,780.70
                   12/31/96          3    3    5         8,291.46

     Open:           0.00      Chg:          80,576.38   Close:         80,576.38

726        Payroll Taxes
                   04/30/96          4    3    2           802.62
                   05/31/96          4    3    2         1,049.71
                   06/30/96          4    3    2         2,154.28
                   07/31/96          4    3    2           984.03
                   08/31/96          4    3    2         1,191.84
                   09/30/96          4    3    2         1,972.39
                   10/31/96          4    3    4         1,031.40
                   11/30/96          4    3    5           840.03
                   12/31/96          4    3    5         1,570.00

     Open:           0.00      Chg:          11,596.30   Close:         11,596.30

730        Equipment Maintenance
                   05/31/96       1030    3    2           413.25   R. ROZMAN
                   07/31/96       1087    3    2           572.10   BOB LYNCH
                   10/31/96       1222    3    4           300.00   FLA.TIRE RECYCLIN

     Open:           0.00      Chg:           1,285.35   Close:          1,285.35

750        Sub-Contracts

     Open:           0.00      Chg:               0.00   Close:              0.00

803        Advertising
                   04/30/96       1010    3    2           500.00   BRAVES & EXPOS
                   04/30/96       1009    3    2         1,797.75   UNITED PARAMOUNT
                   04/30/96       1012    3    2         2,814.59   P.B.NEWS PAPERS
```

**0014**

```
                            General Ledger Activity              Page:   10
                            Period: 01/01/96 to 12/31/96         Term:    0
                                                                Div :    0
                                                                Date: 08/04/97
        Company: FUN DEPOT, INC.                                 Time: 14:41:47
        Printed by: Peterson & Peterson, PA                      Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
|  | 04/30/96 | 1013 | 3 | 2 | 404.26 | E.W.S. OF PALM BE |
|  | 04/30/96 | 1014 | 3 | 2 | 48.00 | S.FLA. NEWSPR.NET |
|  | 05/31/96 | 1040 | 3 | 2 | 500.00 | STALOR, INC. |
|  | 05/31/96 | 1047 | 3 | 2 | 74.37 | BANYAN PRINTING |
|  | 06/30/96 | 1056 | 3 | 2 | 5,171.59 | P.B.POST |
|  | 06/30/96 | 1065 | 3 | 2 | 400.00 | VALUE MAP |
|  | 06/30/96 | 1068 | 3 | 2 | 20.00 | JOHN I. LEONARD |
|  | 06/30/96 | 1073 | 3 | 2 | 48.00 | S.FLA.NEWSPAPER |
|  | 08/31/96 | 1114 | 3 | 2 | 154.90 | PERSONNEL CONCEPT |
|  | 08/31/96 | 1125 | 3 | 2 | 50.00 | THE KING ACADEMY |
|  | 08/31/96 | 1152 | 3 | 2 | 75.00 | PALM GOLD |
|  | 08/31/96 | 1153 | 3 | 2 | 3,115.18 | P.B. POST |
|  | 09/30/96 | 1163 | 3 | 2 | 50.00 | B.O.A. OF PBC |
|  | 09/30/96 | 1165 | 3 | 2 | 50.00 | N.A.L.C. |
|  | 09/30/96 | 1166 | 3 | 2 | 25.00 | LANTANA MIDDLE SC |
|  | 09/30/96 | 1170 | 3 | 2 | 400.00 | VALUE MAP |
|  | 09/30/96 | 1181 | 3 | 2 | 225.00 | THE KING ACADEMY |
|  | 10/31/96 | 1211 | 3 | 4 | 1,453.45 | P.B. NEWSPAPER |
|  | 10/31/96 | 1214 | 3 | 4 | 450.00 | BELLSOUTH |
|  | 10/31/96 | 1221 | 3 | 4 | 1,775.00 | CUSTOM PUBLISHING |
|  | 11/30/96 | 1227 | 3 | 5 | 1,377.65 | P.B. NEWSPAPER |
|  | 11/30/96 | 1243 | 3 | 5 | 1,920.00 | WFLX |
|  | 12/31/96 | 1264 | 3 | 5 | 100.00 | PUB.BOYNTON BCH |

```
    Open:        0.00   Chg:       22,999.74   Close:      22,999.74

810         Auto Expense

    Open:        0.00   Chg:            0.00   Close:           0.00

841         Dues & Subscriptions
            04/30/96   1005    3    2         246.00   DIOCESAN PUBL.
            09/30/96   1169    3    2         300.00   PASSPORT PUB.
            11/30/96   1245    3    5         265.00   L.W. CHAMBER

    Open:        0.00   Chg:          811.00   Close:         811.00

843         Equipment Rental

    Open:        0.00   Chg:            0.00   Close:           0.00

858         Insurance
            04/30/96   1020    3    2         987.50   FLA.PREFERRED RIS
            04/30/96   1025    3    2       5,000.00   ALLIED SPEC.INS.
            05/31/96   1033    3    2         847.50   FLA.PREFERRED RIS
            05/31/96   1037    3    2         732.88   FLA.PREFERRED RIS
            06/30/96   1051    3    2      10,000.00   ALLIED SPEC.INS.
            06/30/96   1054    3    2         847.50   FLA.PREFERRED RIS
            07/31/96   1082    3    2       6,825.79   ALLIED SPEC.INSUR
            07/31/96   1094    3    2         775.33   FLA.PREFERRED RIS
            08/31/96   1122    3    2         775.33   FLA. PREFERRED
```

```
                              General Ledger Activity          Page:    11
                             Period: 01/01/96 to 12/31/96      Term:     0
                                                               Div :     0
                                                               Date: 08/04/97
          Company: FUN DEPOT, INC.                             Time: 14:41:47
      Printed by: Peterson & Peterson, PA                      Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|---|---|---|---|---|---|---|
| | 09/30/96 | 1173 | 3 | 2 | 775.33 | FLA.PREFERRED RIS |
| | 09/30/96 | 1180 | 3 | 2 | 1,586.00 | THE TRAVELERS |
| | 10/31/96 | 1206 | 3 | 4 | 780.50 | FLA.PREFERRED RIS |
| | 11/30/96 | 1238 | 3 | 5 | 780.50 | FLA.PREF. RISK |
| | 12/31/96 | 1279 | 3 | 5 | 313.98 | PREFERRED RISK |

```
     Open:           0.00   Chg:        31,028.14   Close:        31,028.14

859          Insurance-Health

     Open:           0.00   Chg:             0.00   Close:             0.00

863          Interest Expense

     Open:           0.00   Chg:             0.00   Close:             0.00

872          Legal & Accounting

     Open:           0.00   Chg:             0.00   Close:             0.00
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|---|---|---|---|---|---|---|
| 874 | Licenses & Taxes | | | | | |
| | 04/30/96 | 1004 | 3 | 2 | 5.00 | DEPT. OF REVENUE |
| | 04/30/96 | 1019 | 3 | 2 | 3,000.00 | DEPT. OF REVENUE |
| | 05/31/96 | 1035 | 3 | 2 | 175.00 | DEPT.OF AGRICULTU |
| | 06/30/96 | 1067 | 3 | 2 | 3,000.00 | DEPT. OF REVENUE |
| | 11/30/96 | 1244 | 3 | 5 | 2,470.55 | TAX COLLECTOR |
| | 12/31/96 | 1273 | 3 | 5 | 475.00 | DEPT. OF AGRICULT |
| | 12/31/96 | 1282 | 3 | 5 | 124.28 | IRS |

```
     Open:           0.00   Chg:         9,249.83   Close:         9,249.83
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|---|---|---|---|---|---|---|
| 880 | Office Expense | | | | | |
| | 04/30/96 | 2 | 3 | 2 | 176.55 | |
| | 04/30/96 | 1016 | 3 | 2 | 80.00 | P.S.COMPUTER |
| | 05/31/96 | 2 | 3 | 2 | 356.35 | |
| | 05/31/96 | 1032 | 3 | 2 | 0.00 CR | VOID |
| | 06/30/96 | 2 | 3 | 2 | 53.33 | |
| | 06/30/96 | 1062 | 3 | 2 | 180.00 | P.S. COMPUTER |
| | 07/31/96 | 2 | 3 | 2 | 68.81 | |
| | 07/31/96 | 1086 | 3 | 2 | 0.00 CR | VOID |
| | 07/31/96 | 1096 | 3 | 2 | 67.84 | SIMPLER TIME |
| | 08/31/96 | 2 | 3 | 2 | 68.32 | |
| | 08/31/96 | 1113 | 3 | 2 | 160.00 | P.S. COMPUTER |
| | 08/31/96 | 1157 | 3 | 2 | 0.00 CR | VOID |
| | 09/30/96 | 2 | 3 | 2 | 139.40 | |
| | 09/30/96 | 1176 | 3 | 2 | 0.00 CR | VOID |
| | 09/30/96 | 1182 | 3 | 2 | 240.37 | JOBSITE PERSONNEL |
| | 09/30/96 | 1188 | 3 | 2 | 67.22 | JOBSITE PERSONNEL |
| | 09/30/96 | 103 | 3 | 3 | 0.01 CR | |
| | 10/31/96 | 2 | 3 | 4 | 129.23 | |
| | 10/31/96 | 1199 | 3 | 4 | 0.00 CR | VOID |

```
                           General Ledger Activity            Page:    12
                           Period: 01/01/96 to 12/31/96       Term:     0
                                                              Div :     0
                                                              Date: 08/04/97
        Company: FUN DEPOT, INC.                              Time: 14:41:48
        Printed by: Peterson & Peterson, PA                   Post: P

Account #      Title/Date      Ref   Jrn Batch   Debit/Credit      Description
----------  ---------------- ------- --- -----  --------------- ------------------
                 10/31/96     1210   3    4         180.00      P.S. COMPUTER
                 11/30/96        2   3    5         168.26
                 12/31/96        2   3    5         144.02
                 12/31/96     1276   3    5          50.00      LETTER CARRIER
                 12/31/96      107   3    6         504.70 CR
                 12/31/96      108   3    6          36.00

    Open:         0.00    Chg:           1,860.99   Close:         1,860.99

884         Rent

    Open:         0.00    Chg:               0.00   Close:             0.00

885         Rep.& Maint.- Bldg.
                 04/30/96     1011   3    2          92.22      ACTIVE ALARMS
                 06/30/96     1060   3    2         302.80      SASSO AIR
                 06/30/96     1064   3    2         450.00      J. ARTEAGA
                 07/31/96     1081   3    2         355.16      ENVIR. WASTE SYS.
                 07/31/96     1100   3    2         450.00      J. ARTEAGA
                 08/31/96     1115   3    2          93.60      ACTIVE ALARMS
                 08/31/96     1155   3    2         450.00      J. ARTEAGA
                 08/31/96     1160   3    2         255.00      RUSSELL LAWN SERV
                 09/30/96     1168   3    2         300.00      ENVIRO.WASTE SYS.
                 09/30/96     1179   3    2         425.00      J. ARTEAGA
                 09/30/96     1191   3    2         125.00      ROTTO ROOTER
                 10/31/96     1203   3    4          80.22      JOBSITE
                 10/31/96     1205   3    4         425.00      J. ARTECAGA
                 10/31/96     1218   3    4         300.00      ENVIRONMENTAL WAS
                 10/31/96     1219   3    4          95.40      A-1 EXTERMINATING
                 10/31/96     1223   3    4       1,087.50      C.R. DUNN INC.
                 11/30/96     1229   3    5          93.60      ACTIVE ALARMS
                 12/31/96     1266   3    5         400.00      J. ARTEAGA

    Open:         0.00    Chg:           5,780.50   Close:         5,780.50

916         Telephone
                 04/30/96     1003   3    2         116.58      AT&T
                 04/30/96     1002   3    2         828.39      BELLSOUTH
                 06/30/96     1052   3    2         110.00      AT&T
                 07/31/96     1076   3    2         838.81      BELLSOUTH
                 07/31/96     1093   3    2          31.51      AT&T
                 08/31/96     1112   3    2          57.73      AT&T
                 08/31/96     1159   3    2         845.38      BELLSOUTH
                 10/31/96     1214   3    4         622.15      BELLSOUTH

    Open:         0.00    Chg:           3,450.55   Close:         3,450.55

924         Utilities
                 04/30/96     1024   3    2       3,133.19      CITY OF L.W.
                 05/31/96     1045   3    2       2,941.82      CITY OF L.W.
                 07/31/96     1079   3    2       3,236.16      CITY OF L.W.
```

0017

```
                           General Ledger Activity           Page:    13
                          Period: 01/01/96 to 12/31/96       Term:     0
                                                             Div :     0
                                                             Date: 08/04/97
         Company: FUN DEPOT, INC.                            Time: 14:41:48
       Printed by: Peterson & Peterson, PA                   Post: P
```

| Account # | Title/Date | Ref | Jrn | Batch | Debit/Credit | Description |
|-----------|-----------|-----|-----|-------|--------------|-------------|
|  | 08/31/96 | 1106 | 3 | 2 | 3,522.46 | CITY OF L.W. |
|  | 09/30/96 | 1162 | 3 | 2 | 4,840.37 | CITY OF L.W. |
|  | 09/30/96 | 1186 | 3 | 2 | 1,010.50 | CITY OF L.W. |
|  | 10/31/96 | 1193 | 3 | 4 | 3,649.39 | CITY OF L.W. |
|  | 10/31/96 | 1220 | 3 | 4 | 3,254.40 | CITY OF L.W. |
|  | 12/31/96 | 1251 | 3 | 5 | 300.00 | CITY OF L.W. |
|  | 12/31/96 | 1252 | 3 | 5 | 3,750.07 | CITY OF L.W. |
|  | 12/31/96 | 1260 | 3 | 5 | 375.00 | CITY OF L.W. |

```
    Open:          0.00    Chg:        30,013.36   Close:        30,013.36

950        Depreciation

    Open:          0.00    Chg:             0.00   Close:             0.00

951        Depreciation - (SL)
           12/31/96    106   3    6         42.33

    Open:          0.00    Chg:            42.33   Close:            42.33

958        Officers Health Insurance

    Open:          0.00    Chg:             0.00   Close:             0.00

959        Officers Life Insurance

    Open:          0.00    Chg:             0.00   Close:             0.00

960        Officers Salary
           04/30/96      3   3    2       2,400.00
           05/31/96      3   3    2       4,000.00
           06/30/96      3   3    2       3,200.00
           07/31/96      3   3    2       3,200.00
           08/31/96      3   3    2       4,000.00
           09/30/96      3   3    2       3,200.00
           10/31/96      3   3    4       4,000.00
           11/30/96      3   3    5       3,200.00
           12/31/96      3   3    5       3,200.00

    Open:          0.00    Chg:        30,400.00   Close:        30,400.00

967        Sales Tax Commissions
           10/31/96   1207   3    4         79.67 CR DEPT. OF REVENUE
           12/31/96    105   3    5         28.09 CR
           12/31/96   1265   3    5         69.60 CR DEPT. OF REVENUE
           12/31/96    109   3    6         48.46 CR

    Open:          0.00    Chg:           225.82 CR Close:          225.82 CR

968        Interest Income
```

0018

```
                           General Ledger Activity              Page:   14
                           Period: 01/01/96 to 12/31/96         Term:    0
                                                                Div :    0
                                                                Date: 08/04/97
        Company: FUN DEPOT, INC.                                Time: 14:41:48
   Printed by: Peterson & Peterson, PA                          Post: P

   Account #      Title/Date       Ref   Jrn Batch  Debit/Credit   Description
   ----------  ------------------  -----  --- -----  ------------   -----------------

      Open:            0.00   Chg:            0.00   Close:               0.00


   Total Debits       :        312,933.61
   Total Credits      :        312,933.61
```

0019

1997
1996

## CONTENTS

|  | PAGE |
|---|---|
| ACCOUNTANTS' COMPILATION REPORT | 1 |
| BALANCE SHEETS: | |
| ASSETS | 2 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | 3 |
| STATEMENTS OF INCOME AND RETAINED EARNINGS | 4 |
| STATEMENTS OF CASH FLOWS | 5 |
| NOTES TO FINANCIAL STATEMENTS | 6 |
| ACCOUNTANTS' COMPILATION REPORT ON SUPPLEMENTARY INFORMATION | 14 |
| SCHEDULES OF OPERATING EXPENSES | 15 |

CPC 00062

*Bigelow & Compan*
Certified Public Accountants, P.C

To the Board of Directors
Carefree Park Corporation
Salisbury Beach, Massachusetts

We have compiled the accompanying balance sheets of Carefree Park Corporation as of
December 31, 1997 and 1996, and the related statements of income and retained earnings,
and cash flows for the years then ended, in accordance with Statements on Standards for
Accounting and Review Services issued by the American Institute of Certified Public
Accountants.

A compilation is limited to presenting in the form of financial statements information that
is the representation of management. We have not audited or reviewed the
accompanying financial statements and, accordingly, do not express an opinion or any
other form of assurance on them.

BIGELOW & COMPANY
Certified Public Accountants, P.C.

September 11, 1998

500 COMMERCIAL STREET
MANCHESTER, NH 03101
(603) 627-7659
-1-

500 MARKET STREET, SUITE 5
PORTSMOUTH, NH 03801
(603) 433-7383    CPC  00063

0021

# CAREFREE PARK CORPORATION

## BALANCE SHEETS

### SEE ACCOUNTANTS' COMPILATION REPORT

|  | December 31, | |
| --- | --- | --- |
|  | 1997 | 1996 |
| **ASSETS** | | |
| Current Assets: | | |
| Cash | $ 15,005 | $ 13,675 |
| Rent receivable | 75,540 | - |
| Prepaid insurance | 2,236 | 7,875 |
| Total Current Assets | 92,781 | 21,550 |
| Property and Equipment: | | |
| Land and buildings | 2,592,297 | 2,592,297 |
| Building improvements | 641,443 | 550,488 |
| Machinery and equipment | 1,273,409 | 1,127,009 |
| Vehicle | 16,890 | 16,890 |
|  | 4,524,039 | 4,286,684 |
| Accumulated depreciation | ( 1,437,313) | ( 1,285,235) |
| Net Property and Equipment | 3,086,726 | 3,001,449 |
| Other Assets: | | |
| Interest receivable – affiliate | 27,873 | 27,873 |
| Loan receivable -- affiliate | 17,275 | 28,275 |
| Deferred financing fees, net of accumulated amortization of $11,925 in 1997 and $5,185 in 1996 | 33,546 | 40,286 |
| Impact fees, net of accumulated amortization of $25,054 in 1997 and $18,568 in 1996 | 39,249 | 44,735 |
| Total Other Assets | 117,943 | 141,169 |
|  | $3,297,450 | $3,164,168 |

The accompanying notes are an integral part of the financial statements

| | December 31, | |
| | 1997 | 1996 |
| --- | --- | --- |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| | | |
| Current Liabilities: | | |
| Notes payable | $ 22,302 | $ 71,284 |
| Note payable – line of credit | 32,000 | 32,000 |
| Current portion of long-term debt | 69,603 | 68,292 |
| Income taxes payable | 12,449 | 2,731 |
| Property taxes payable | 29,681 | - |
| Accrued interest | 1,020 | 16,483 |
| | | |
| Total Current Liabilities | 167,055 | 190,790 |
| | | |
| Long-Term Liabilities: | | |
| Long-term debt, net of current portion | 1,996,500 | 1,937,884 |
| Loans payable – shareholders | 325,897 | 325,897 |
| Accrued interest – shareholders | 14,337 | 14,337 |
| Deferred income taxes | 149,095 | 115,135 |
| | | |
| Total Long-Term Liabilities | 2,485,829 | 2,393,253 |
| | | |
| Stockholders' Equity: | | |
| Common stock, no par value, 2,500 shares | | |
| authorized, 100 shares issued and outstanding | 40,000 | 40,000 |
| Retained earnings | 604,566 | 540,125 |
| | | |
| Total Stockholders' Equity | 644,566 | 580,125 |
| | | |
| | $3,297,450 | $3,164,168 |

The accompanying notes are an integral part of the financial statements  CPC  00065

CAREFREE PARK CORPORATION

STATEMENTS OF INCOME AND RETAINED EARNINGS

SEE ACCOUNTANTS' COMPILATION REPORT

|  | Years Ended December 31, | |
|  | 1997 | 1996 |
|---|---|---|
| Revenue: | | |
| Arcade operations | $ 265,846 | $ 821,569 |
| Rental income | 614,651 | 180,416 |
| Total Revenue | 880,497 | 1,001,985 |
| Operating Expenses | 575,118 | 757,544 |
| Income from Operations | 305,379 | 244,441 |
| Other Income (Expense): | | |
| Loss on asset disposal | ( 965) | ( 6,705) |
| Interest income | - | 97 |
| Interest expense | ( 193,567) | ( 163,370) |
| Total Other Income (Expense) | ( 194,532) | ( 169,978) |
| Income Before Provision for Income Taxes | 110,847 | 74,463 |
| Provision for Income Taxes | 46,409 | 28,831 |
| Net Income | 64,438 | 45,632 |
| Retained Earnings, Beginning of Year | 540,125 | 494,493 |
| Retained Earnings, End of Year | $ 604,563 | $ 540,125 |

The accompanying notes are an integral part of the financial statements

CPC 00066

0024

CAREFREE PARK CORPORATION
STATEMENTS OF CASH FLOWS
SEE ACCOUNTANTS' COMPILATION REPORT

|  | Increase (Decrease) In Cash and Cash Equivalents Years Ended December 31, | |
|  | 1997 | 1996 |
|---|---|---|
| Cash Flows From Operating Activities: | | |
| Net income | $ 64,438 | $ 45,632 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 263,939 | 210,906 |
| Loss on asset disposal | 965 | 6,705 |
| Deferred income taxes | 33,960 | 25,635 |
| (Increase) decrease in assets: | | |
| Rent receivable | ( 75,540) | 3,700 |
| Prepaid insurance | 5,639 | 6,400 |
| Impact fees | - | ( 16,661) |
| Increase (decrease) in liabilities: | | |
| Income taxes payable | 9,718 | ( 1,758) |
| Property taxes payable | 29,681 | ( 79,161) |
| Accrued interest | ( 15,463) | 3,838 |
| Total Adjustments | 252,899 | 159,604 |
| Net Cash Provided by Operating Activities | 317,337 | 205,236 |
| Cash Flows From Investing Activities | | |
| Purchase of fixed assets | ( 339,955) | ( 614,713) |
| Proceeds from sale of fixed assets | 2,000 | 3,995 |
| Net Cash Used in Investing Activities | ( 337,955) | ( 610,718) |
| Cash Flows From Financing Activities: | | |
| Payments from loan receivable – affiliate | 11,000 | 795 |
| Payments made on notes payable | ( 48,982) | ( 32,501) |
| Proceeds from note payable – line of credit, net | - | 6,000 |
| Proceeds from long-term debt | 126,180 | 443,589 |
| Payments made on long-term debt | ( 66,250) | ( 78,786) |
| Proceeds from loans payable – shareholders | - | 35,000 |
| Accrued interest – shareholders | - | ( 553) |
| Net Cash Provided by Financing Activities | 21,948 | 373,544 |
| Net Increase (Decrease) in Cash | 1,330 | ( 31,938) |
| Cash at Beginning of Year | 13,675 | 45,613 |
| Cash at End of Year | $ 15,005 | $ 13,675 |
| Supplemental disclosures of cash flow information: | | |
| Cash paid for income taxes | $ 2,829 | $ 5,075 |
| Cash paid for interest | $209,030 | $160,085 |

The accompanying notes are an integral part of the financial statement

CPC 00067

0025

CAREFREE PARK CORPORATION

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1997 AND 1996

SEE ACCOUNTANTS' COMPILATION REPORT

1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Nature of Business

Carefree Park Corporation (the Company), a Massachusetts Corporation, operates as a public recreation/amusement park in Florida and Massachusetts. In addition, rental income is received on property owned in both states. The majority of the Company's Massachusetts arcade revenues is generated during the summer season and is dependent on the volume of tourism in the seacoast region of Massachusetts and New Hampshire.

During 1996, one of the Company's shareholders created a new corporation (Fun Depot, Inc.) that's purpose was to operate the Florida public recreation/amusement park, formerly operated by the Company. Beginning in 1997, the Company receives rental income on property owned in both states. However, it will only operate the public recreation/amusement park in Massachusetts.

Basis of Accounting

The Company's policy is to prepare its financial statements on the accrual basis of accounting; consequently, revenues are recognized when earned and expenses are recognized when the obligation is incurred.

Cash

For the purposes of the statement of cash flows, cash equivalents include time deposits, certificates of deposit, and all highly liquid debt instruments purchased with original maturities of three months or less. There are no cash equivalents as of December 31, 1997 and 1996.

Allowance for Doubtful Accounts

Generally, the Company accounts for bad debts following the reserve method. As of December 31, 1997, the Company considered rents receivable to be 100 percent collectible.

Depreciation

The Company follows the policy of charging to costs and expenses annual amounts of depreciation which allocate the cost of property and equipment over their estimated useful lives. The Company employs the straight-line method for financial statements for determining the annual charge for depreciation. For income tax purposes, depreciation is computed using accelerated methods. The ranges for the estimated useful lives are:

CPC 00068

CAREFREE PARK CORPORATION

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1997 AND 1996

SEE ACCOUNTANTS' COMPILATION REPORT

1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

### Depreciation (Continued)

| | |
|---|---|
| Buildings | 20 – 45 years |
| Building improvements | 10 – 15 years |
| Machinery and equipment | 7 years |

Depreciation expense charged to operations amounted to $251,713 and $205,042 for 1997 and 1996, respectively.

Expenditures for repairs and maintenance are charged to operations in the period incurred.

### Amortization

Deferred financing fees are being amortized using the straight-line method over six, ten and fifteen years, respectively, in accordance with their associated loan terms.

Impact fees are being amortized using the straight-line method over seven, ten and thirty-one years, respectively, to which improvements they relate.

Amortization expense charged to operations amounted to $12,226 and $5,864 for 1997 and 1996, respectively.

### Deferred Income Taxes

Deferred income taxes are provided for differences between financial statement and income tax reporting. The principal timing differences result from depreciation being recognized for income tax purposes. Deferred taxes represent the future tax return consequences of those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred taxes are classified as current or noncurrent, depending on the classification of the assets and liabilities to which they relate.

### Advertising

The Company expenses the cost of advertising as incurred. Advertising expense was $438 and $11,459 during 1997 and 1996, respectively.

CPC 00069

0027

CAREFREE PARK CORPORATION

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1997 AND 1996

SEE ACCOUNTANTS' COMPILATION REPORT

1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

   Use of Estimates

   The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

2. LOAN RECEIVABLE – AFFILIATE

   Loan receivable – affiliate consisted of the following at December 31:

   |  | 1997 | 1996 |
   |---|---|---|
   | Carousel Lounge, Inc. – non-interest bearing loan with no repayment terms. | $17,275 | $28,275 |
   | Interest receivable – affiliate | $27,873 | $27,873 |

3. NOTES PAYABLE

   Notes payable consisted of the following at December 31:

   |  | 1997 | 1996 |
   |---|---|---|
   | Demand note to a finance company with interest at 8.75%, secured by certain property and personally guaranteed by one of the shareholders, due June 1998. | $22,302 | $ |
   | Demand note to a finance company with interest at 8%, secured by certain property and personally guaranteed by one of the shareholders, due October 1997. | - | 71,284 |
   |  | $22,302 | $71,284 |

CAREFREE PARK CORPORATION

NOTES TO FINANCIAL STATEMENTS

DECEMBER 31, 1997 AND 1996

SEE ACCOUNTANTS' COMPILATION REPORT

4.  NOTE PAYABLE – LINE OF CREDIT

The Company established a line of credit on November 28, 1994 providing borrowing up to $32,000, renewable on an annual basis, through November 1998. The borrowings are payable upon demand and bear interest at two and one-half percent (2.5%) over the lending institution's base rate (11.0% at December 31, 1997). The loan is secured by Company assets and personally guaranteed by one of the shareholders.

During 1997, average borrowing under the line of credit was $27,562. The maximum short-term borrowing outstanding at any one time during the year was $32,000 and the average interest rate was 10.94%. The loan amounted to $32,000 at December 31, 1997 and 1996.

5.  LONG-TERM DEBT

On November 22, 1996, the Company entered into a mortgage loan with a bank. The bank is making funds available to the Company in an amount of up to $1,780,000. The total funds drawn during the years were $126,180 and $1,653,820 for 1997 and 1996, respectively. A portion of the loan proceeds was used to payoff existing long-term debt, construction of a new building and deferred financing fees. The interest rate is based on the three-year U.S. Treasury Note rates index plus three percent and is to be adjusted at the end of three years. Monthly principal and interest payments are based on a twenty-five year amortization schedule. The note will mature on December 22, 2002. The loan is secured by a first mortgage lien position on the Florida real estate, together with a first security position on all improvements, fixtures and equipment. The loan is personally guaranteed by all of the Company's shareholders.

Long-term debt consisted of the following at December 31:

|  | 1997 | 1996 |
|---|---|---|
| Note payable to a bank with interest at prime plus 1% (9.5% at December 31, 1997), monthly principal payments of $2,333 plus interest, secured by real estate and personally guaranteed by all of the shareholders, due June 2002. | $ 128,080 | $ 156,080 |
| Note payable to a bank with interest at 6.625%, monthly principal and interest payments of $1,142, secured by real estate and personally guaranteed by all of the shareholders, due February 2006. | 86,907 | 94,573 |
| Balance carried forward | 214,987 | 250,653 |

CPC 00071

0029