```
                    VOLUME:  I
                    PAGES:   1 - 85
                    EXHIBITS: 1 - 5
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03-CV-12426

- - - - - - - - - - - - - - - - - - - x

CAREFREE PARK CORPORATION,
    Plaintiff

vs.

ADIB NABHAN,
    Defendant

- - - - - - - - - - - - - - - - - - - x

DEPOSITION of JAMILE H. NABHAN, a witness called on behalf of the Defendant, taken pursuant to agreement before Robert M. Bramanti, Certified Shorthand Reporter, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Morrison Mahoney, LLC, 250 Summer Street, Boston, Massachusetts, on Wednesday, March 2, 2005, commencing at 10:34 a.m.

---

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE ST., BOSTON, MA. 02109
TEL: 617.723.7321 / FAX: 617.723.7322
www.bramanti-lyons.com

Exhibit C

Page 26

1  A. I understand we build the company all together
2     for all of us and then Eddie said he wanted to
3     divide, take Florida and give Amin Salisbury and
4     the rest of us, we didn't have nothing.
5  Q. Do you understand anything else about what this
6     lawsuit is about other than that?
7  A. Well, because, you know, I talked to Eddie when
8     Amin told me Eddie said I don't have nothing in
9     Florida, I called Eddie and I said, "Eddie, you
10    know, let's settle this before we go any
11    further." I called him and I said, "Let's
12    settle this before we go any further. So what
13    are we going to do to divide everything for all
14    of us?" He said, "I just want to give Amin
15    Salisbury and take Florida." I said, "What
16    happens with the rest of us?" He said nothing.
17    So that's what happens.
18 Q. When did you have that conversation with Eddie?
19 A. Two years ago. 2002, I think.
20 Q. It's your understanding that this lawsuit has to
21    do with that?
22 A. Yes, because, you know, we should all of us take
23    our share. Because we build the company for all
24    of us. It's not for one person or two persons.

Page 27

1  Q. When did you find out that Eddie said that he
2     wanted Florida for himself and Amin would get
3     Salisbury, when is the first time you found out
4     about that?
5  A. I think 2002, he went to Florida and had
6     discussion with Eddie. He came back and Eddie
7     told him Florida is for himself and nobody has
8     nothing there.
9  Q. When was that again? I'm sorry.
10 A. Between 2001 and 2002, around the holidays. I
11    think 2002. Around the holidays.
12 Q. You indicated you first learned when Amin told
13    you that's what Eddie had told him?
14 A. Yes.
15 Q. When did Amin say that Eddie said --
16 A. Amin said, "I went to talk to Eddie and Eddie
17    said that everything in Florida is his and we
18    didn't have nothing there. We have to do
19    something about it."
20    I said, "Well, before we do something
21    about it, I'm going to call Eddie and talk to
22    him."
23    I called Eddie and Eddie said to me, "I
24    will give Salisbury to Amin and keep Florida for

Page 28

1     myself." I said, "What about the rest of us?"
2     And he said that's it, him and Amin.
3  Q. Going back to when Amin told you of his
4     discussion with Eddie, do you remember anything
5     else Amin said to you about that discussion?
6  A. No, that's what he said.
7  Q. Do you remember anything else about your
8     conversation with Eddie after Amin told you
9     that?
10 A. Well, Eddie told me he wanted to give Amin
11    Salisbury and take Florida.
12 Q. Do you remember anything else about the
13    conversation that you had with Eddie at the
14    time?
15    MR. KIRBY: Other than what she's already
16    said?
17    MR. VALLEY: Right.
18 A. That's all I remember.
19 Q. When Amin told you of his conversation with
20    Eddie, was there anyone else with you, with you
21    and Amin?
22 A. It was Faye and George.
23 Q. What do you recall Faye --
24 A. My sister and my brother.

Page 29

1  Q. What do you recall Faye saying at the time when
2     Amin told you of his conversation with Eddie?
3  A. Well, we were all surprised because my dad and
4     my aunt trusted Amin and Eddie to take care of
5     all of us, and now they turned around and Eddie
6     wanted to take Florida and he wanted Amin to
7     take Salisbury. What happens with the rest of
8     us?
9  Q. What do you recall Faye saying during that
10    conversation?
11 A. She was shocked, she said, you know, "We trust
12    Eddie very much."
13 Q. Do you recall anything else that Faye said?
14 A. I don't remember.
15 Q. What did your brother George say?
16 A. I don't remember.
17 Q. Was anybody else present --
18 A. No.
19 Q. -- when Amin told you that?
20 A. No.
21 Q. Was Amin's wife there?
22 A. I don't remember.
23 Q. Do you know whether Faye's husband or George's
24    wife was there?

8 (Pages 26 to 29)