Exhibit B

n.t.e.

BK 6042 PG 138

MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) 19

KNOW ALL MEN BY THESE PRESENTS that I, Adele Nabhan,

of Andover,　　　　　　　　　　　　　　　　　　　　　Essex　　County, Massachusetts

for consideration of One Dollar ($1.00)
paid, grant to Amin Nabhan, of 6 Lancaster Place, in said Andover,

with QUITCLAIM COVENANTS

A certain parcel of land, with all the buildings thereon, situate in that part of Salisbury, in said County of Essex, known as Salisbury Beach, bounded and described as follows:

Northerly　　　200 feet by lot numbered 26 as shown on plan numbered 3200-N, filed with Certificate of Title Numbered 1994 in the Essex South District Registry of Deeds with the records of Registered Titles;

Easterly　　　100 feet by land of Salisbury Beach Associates;

Southerly　　　200 feet by land of one Quinlan, now or formerly; and

Westerly　　　by Central Avenue, one hundred (100) feet.

Being a portion of the same premises conveyed to Kaleel Nabhan by deed of Catherine M. Scanlon dated January 5, 1945 and recorded in South District Essex Registry of Deeds Book Book 3396, Page 19 and being referred to as the "Second Parcel" in said deed and subject to rights, reservations, restrictions and provisions of record. Said Kaleel Nabhan died in said Salisbury on January 2, 1958. (See Essex County Probate County Docket No. 262660)

Witness my hand and seal this......20........day of Jan............19.74.

Adele Nabhan

The Commonwealth of Massachusetts

Essex,　　ss.　　　　　　　　　　　　　　　　　　January 20,　　　1974

Then personally appeared the above named Adele Nabhan

and acknowledged the foregoing instrument to be　her　free act and deed, before me

Margaret L. Baril　　Notary Public

My commission expires　Dec. 6,　　19 74.

ESSEX SS. RECORDED Jan. 28, 1974 12 M. PAST 8 A. M. INST. # 26