# Transfer Certificate of Title.

Cert No. 49137
Doc. No. 171052

Exhibit C

From Certificate No. 40125, Originally Registered June 30, 19 13, in Registration Book 5 Page 1247 for the Southern Registry District of Essex County.

**This is to Certify** that Carefree Park Corporation, a Massachusetts corporation organized by law and having a usual place of business in

of Salisbury in the County of Essex and Commonwealth of Massachusetts, is the owner(s) in fee simple

of that certain parcel(s) of land situate in Salisbury

in the County of Essex and said Commonwealth of Massachusetts, bounded and described as follows:

WESTERLY    by the easterly line of Atlantic Avenue fifty (50) feet;
NORTHERLY   by lot 476-B, as shown on plan hereinafter mentioned, one hundred and 09/100 (100.09) feet;
EASTERLY    by land now or formerly of the Salisbury Beach Associates fifty (50) feet; and
SOUTHERLY   by lot 474-B, as shown on said plan, one hundred and 09/100 (100.09) feet.

All of said boundaries are determined by the Court to be located as shown upon plan numbered 3200-X, drawn by C. B. Humphrey, Surveyor for Court, dated November 15, 1916, approved by the Court, filed with Certificate of Title #2186 in said Registry, and the above described land is shown thereon as lot #475-B.

The above described land is subject to the reservations and provisions described in deed from Walter Coulson et al Trustees to Charles H. Davis et ux, dated July 19, 1919, and filed as Document #7287 in said Registry.

And it is further certified that said land is under the operation and provisions of Chapter 185 of the General Laws, and that the title of said Carefree Park Corporation

to said land is registered under said Chapter, subject, however, to any of the encumbrances mentioned in Section forty-six of said Chapter, which may be subsisting, and subject also as aforesaid; and to the rights mentioned in Decree of the Land Court filed as #2377 in said Registry, so far as applicable.

Witness, WILLIAM I. RANDALL, Esquire, Judge of the Land Court, at Salem, in said County of Essex, the sixteenth day of July in the year nineteen hundred and seventy nine, at 10 o'clock and 45 minutes in the fore

# MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT | DATE OF REGISTRATION (YEAR & MONTH / D / H / M / A.M. or P.M.) | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|---|
| 154743 | Mortgage | Newburyport Five Cents Savings Bank | $10,000. 20 yrs. 10 3/4% $96.87 monthly | 1975 Sept 18 | 1975 Sept 22 9:30 AM | John P. O'Brien Jr | |
| 161134 | John of Nature | Newburyport Five Cents Savings Bank | Usual power of sale as to foreclosure of Mortgage Doc # 154743 | 1977 Apr 28 | 1977 May 2 10:50 AM | John P. O'Brien Jr | |
| 168629 | Mortgage | Newburyport Five Cents Savings Bank | $30,500.00 Mtg Doc # 154743 | 1978 | 1978 Nov 9 11:15 AM | John P. O'Brien Jr | |
| | Certificate of Entry | United States of America Small Business Administration | Usual power of sale | 1979 Nov 14 | 1979 Nov 16 10:45 AM | John P. O'Brien Jr | |
| 171051 | | Robt Myron Jr etal | Usual Document $100,000 12% $1109.03 monthly & annual taxes 1/12 | 1979 | 1979 Nov 16 10:45 AM | John P. O'Brien Jr | |
| 171053 | Mortgage | Newburyport Five Cents Savings Bank | Usual power of sale | 1979 July 16 | 1979 July 16 10:45 AM | John P. O'Brien Jr | Discharged Oct 11, 1995 See Doc 313593 attest |
| 329878 | Mortgage | Howes Mass Management Company Inc | See Document | 1996 | 1996 May 4 1:34 PM | J.P. O'Brien Jr | |
| 462202 | Cert/Cert of Municipal Lien | John Bowen of Sale CoreFree Park Corporation | See Document | 2005 Nov 9 | 2005 Dec 13 10:59 AM | J.P. O'Brien Jr | |
| 462203 | Mortgage | Newburyport Five Cents Savings Bank | $250,000.00 usual power of sale | 2005 Dec 13 | 2005 Dec 13 10:59 AM | J.P. O'Brien Jr | |
| 462204 | Assignment of Rents and Leases | Newburyport Five Cents Savings Bank | See mtg doc 462203 | 2005 Dec 13 | 2005 Dec 13 10:59 AM | J.P. O'Brien Jr | |

COMMONWEALTH OF MASSACHUSETTS
LAND COURT
ESSEX REGISTRY OF DEEDS, SO. DIST.
SALEM, MASS.
ESSEX SS.    JAN-17-    20

A TRUE COPY OF
CERTIFICATE # 49137

ATTEST:
Assistant Recorder