## TRANSFER CERTIFICATE OF TITLE

Cert. No.    66316
Docu. No.    314407

From TRANSFER Certificate No.    47006, Originally Registered

June    30, 1913 in Registration Book 5    Page 1247

for the Southern Registry District of Essex County

THIS IS TO CERTIFY that

AMIN NABHAN, INDIVIDUALLY AND AMIN NABHAN AND ADIB NABHAN
OF 33 CENTRAL AVENUE, SALISBURY, MA 01950

SAID AMIN AND ADIB TRUSTEES OF THE HABIB NABHAN NOMINEE TRUST OF 1995, UNDER A DECLARATION OF TRUST, DATED OCTOBER 3, 1995, AND FILED AS DOCUMENT 314406 IN SAID REGISTRY,

ARE the owner(s) in fee simple

of three certain parcels of land situated in SALISBURY

in the County of Essex and Commonwealth of Massachusetts, bounded and described as follows:

FIRST PARCEL
EASTERLY   by the westerly line of Central Avenue six (6) feet;
SOUTHERLY  by lot 636, as shown on plan hereinafter mentioned,
           ninety one and 46/100 (91.46) feet;
WESTERLY   by land now or formerly of Gustavus Cammett et al six and
           10/100 (6.10) feet; and
NORTHERLY  by lot 635-A, as shown on said plan, ninety and 37/100
           (90.37) feet.

All of said boundaries are determined by the Court to be located as shown upon plan numbered 3200-78, drawn by F. C. Knowles, Surveyor, dated July 17, 1946, as modified and approved by the Court, filed in the Land Registration Office, a copy of a portion of which is filed with Certificate of Title 16838 in said Registry, and the above described land is shown as lot 635-B, on last mentioned plan.

SECOND PARCEL:
EASTERLY   by the westerly line of Central Avenue twenty seven (27)
           feet;
SOUTHERLY  by lot 636-A, as shown on plan hereinafter mentioned,
           ninety six and 37/100 (96.37) feet;
WESTERLY   by land now or formerly of Gustavus Cammett et al twenty
           seven and 44/100 (27.44) feet; and
NORTHERLY  by lot 635-B, as shown on said plan, ninety one and 46/100
           (91.46) feet.

All of said boundaries are determined by the Court to be located as upon plan numbered 3200-84, drawn by W. T. Fairclough, Engineer for Court, dated October 20, 1947, approved by the Court, filed with Certificate of Title 17916 in said Registry, and the above described land is shown thereon as lot 636-B.

THIRD PARCEL:
EASTERLY   by the westerly line of Central Avnue fifteen (15) feet;
SOUTHERLY  by lot 636-C, as shown on plan hereinafter mentioned,
           ninety nine and 10/100 (99.10) feet;

WESTERLY   by land now or formerly of Gustavus Cammett et all fifteen and 25/100 (15.25) feet; and
NORTHERLY  by lot 636-B, as shown on said plan, ninety six and 37/100 (96.37) feet.

All of said boundaries are determined by the Court to be located as shown upon plan numbered 3200-104, drawn by Fred C. Knowles, Surveyor, dated January 6, 1951, as modified and approved by the Court, filed in the Land Registration Office, a copy of a portion of which is filed with Certificate of Title 20560 in said Registry, and the above described land is shown as lot 636-D, on last mentioned plan.

And it is further certified that said land is under the operation and provisions of Chapter 185 of the General Laws, and that the title of said

AMIN NABHAN, INDIVIDUALLY AND AMIN NABHAN AND ADIB NABHAN, TRUSTEES AS AFORESAID;

to said land is registered under said Chapter, subject, however, to any of the encumbrances mentioned in Section forty-six of said Chapter, which may be subsisting and subject to the memoranda of encumbrances for this certificate; and to the Rights mentioned in Decree of the Land Court filed as Document #2377 in said Registry, so far as applicable.

   WITNESS, ROBERT V. CAUCHON, Chief Justice of the Land Court, at Salem, in said County of Essex

the twelfth         day of December        in the year nineteen
hundred and ninety-five    , at         9 o'clock and    52 minutes.

Attest, with the Seal of said Court,

                                              JOHN L. O'BRIEN, JR., Assistant Recorder

HYDER LAW OFFICES
2 GAYTHORNE ROAD
METHEUN, MA. 01844

# MEMORANDA OF ENCUMBRANCES ON THE LAND DESCRIBED IN THIS CERTIFICATE

Certificate No. 66316

Report Date: 03/31/2005
Page 1

| DOCUMENT NUMBER | KIND | RUNNING IN FAVOR OF | TERMS | DATE OF INSTRUMENT DATE&TIME OF REGIST | SIGNATURE OF ASSISTANT RECORDER | DISCHARGE |
|---|---|---|---|---|---|---|
| 165723 | MTG | NEWBURYPORT FIVE CENTS SAVINGS BANK | $39,800 20 YRS $179.95 MO. USUAL POWER OF SALE SEE DOC | 05/25/1978 05/26/1978 02:07 P.M. | [signature] | DISCHARGE DATE 05/03/1996 DOC# 318695 |
| 314406 | DCLN | HABIB NABHAN NOMINEE TRUST OF 1995 | DECLARATION OF TRUST SEE DOC | 10/03/1995 12/12/1995 09:52 A.M. | [signature] | |
| 316336 | MLC | AMIN NABHAN ET AL | SEE DOC. | 02/20/1996 02/28/1996 08:32 A.M. | [signature] | |
| 316537 | MTG | NEWBURYPORT FIVE CENTS SAVINGS BANK | $100,000 SEE DOC USUAL POWER OF SALE. | 02/16/1996 02/28/1996 08:32 A.M. | [signature] | |
| 328097 | TRCRT | HABIB NABHAN NOMINEE TRUST OF 1995 | TRUSTEES CERT./ SEE DOCUMENT | 02/05/1997 03/12/1997 09:28 A.M. | [signature] | |
| 328098 | MTG | HARVEYS MASS.MANAGEMENT COMPANY INC. (LAKE TAHOE NV) | SEE DOCUMENT USUAL POWER OF SALE | 11/06/1996 03/12/1997 09:28 A.M. | [signature] | DISCHARGE DATE 07/16/2002 DOC# 402113 |

------END------END------END------END------END------END------END------END------END------