# B

BK 6042 PG 139

MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) 19

KNOW ALL MEN BY THESE PRESENTS that I, Amin Nabhan,

of Andover, Essex County, Massachusetts

for consideration of One Dollar ($1.00)
paid, grant to Adele Nabhan, of 6 Lancaster Place, in said Andover,

with QUITCLAIM COVENANTS

A certain parcel of land, with all the buildings thereon, situate in that part of Salisbury, in said County of Essex, known as Salisbury Beach, bounded and described as follows:

Northerly   200 feet by lot numbered 26 as shown on plan numbered 3200-N, filed with Certificate of Title Numbered 1994 in the Essex South District Registry of Deeds with the records of Registered Titles;

Easterly    100 feet by land of Salisbury Beach Associates;

Southerly   200 feet by land of one Quinlan, now or formerly; and

Westerly    by Central Avenue, one hundred (100) feet.

Being the same premises conveyed to me by deed of Adele Nabhan dated this date and recorded herewith.

Witness my hand and seal this....20......day of Jan............19.74.

..................................................
                                    Amin Nabhan

The Commonwealth of Massachusetts

Essex, ss.                          January 20,         1974.

Then personally appeared the above named   Amin Nabhan

and acknowledged the foregoing instrument to be   his   free act and deed, before me

Margaret L. Barry
                     Notary Public
My commission expires Dec. 5,           19 74

ESSEX SS. RECORDED Jan. 25, 1974 12 M. PAST 8 A.M. INST. # 27

17