UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAREFREE PARK CORPORATION, AMIN
NABHAN and JAMILE NABHAN,

Plaintiffs,

v.

ADIB NABHAN,

Defendant.

Civil Action No.  2003-CV-12426 RCL

## JOINT REQUEST FOR VOIR DIRE QUESTIONS

Pursuant to Fed. R. Civ. P. 47(a) and the Court's Order of November 19, 2005, the parties

in the above-captioned matter respectfully request that the Court pose the following voir dire

questions to the prospective jurors:

1.    Do you know any of the parties in this case, any of the prospective witnesses or

any of the attorneys?

2.    Have you ever been a party to a lawsuit?  If so, describe generally the

circumstances of your involvement.

3.    Have you ever been involved in a family business?  If so, describe generally the

nature of your involvement.

4.    Have you or any member of your family ever owned or operated your own

business?  If so, what type of business?

5.    Would the fact that one of the parties operates a bar or lounge affect your ability

to be impartial in this matter?  If yes, please explain.

6.     Would the fact that some of the parties to this lawsuit are of Lebanese extraction affect your ability to be impartial?  If so, please explain.

7.     Have you or any member of your family ever been involved in the real estate business, including making investments in real estate other than your primary residence?  If so, please describe your experience generally.

ADIB NABHAN,

By his attorney,


/s/ Doyle C. Valley
Doyle C. Valley (BBO #638578)
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

CAREFREE PARK CORPORATION

By its attorneys,


/s/ Gordon M. Jones, III
Robert L. Kirby, Jr. (BBO #550538)
Gordon M. Jones, III (BBO # 549016)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000


Dated:  February 6, 2006


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail or electronically on February 6, 2006.

/s/ Gordon M. Jones III
Gordon M. Jones III