UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFREE PARK CORPORATION,     )<br>AMIN NABHAN and JAMILE NABHAN,  )<br>          Plaintiffs,     )<br>          )<br>v.     )<br>          )<br>ADIB NABHAN,     )<br>          Defendant. | CIVIL ACTION NO: 2003-CV-12426 RCL |

**DEFENDANT'S MOTION TO CONTINUE TRIAL**
**ASSENTED TO BY PLAINTIFFS**

Adib Nabhan, the defendant in the above-referenced matter, respectfully requests that the Court continue the trial, in this matter, which is currently scheduled for Monday, February 13, 2006 to February 21, 2006. As grounds therefore, the defendant states as follows:

On February 7, 2006, counsel for the Defendant, Doyle C. Valley, was advised that he will begin trial on Thursday, February 9, 2006 in the matter of John B. Walsh v. Daniel J. Driscoll, Suffolk Superior Court, Civil Action No. 03-5907-C, before the Hon. Charles T. Spurlock. That trial is expected to continue into the week of February 13, 2006. Upon consultation with plaintiff's counsel and the Court, with the Court's approval, the parties have agreed to reschedule the trial to February 21, 2006.

972471
987980v1

The Plaintiffs,
CAREFREE PARK CORPORATION
AMIN NABHAN and JAMILE NABHAN,
By their attorneys,


/s/Robert L. Kirby, Jr.
Robert L. Kirby, Jr.
BBO#550538
Gordon M. Jones, III
BBO No. 549016
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000
rkirby@nixonpeabody.com
gmjones@nixonpeabody.com

The Defendant,
ADIB NABHAN
By his attorneys,


/s/ Doyle C. Valley
Doyle C. Valley
BBO No. 638578
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
dvalley@morrisonmahoney.com

/s/ Ian Crawford
Ian Crawford
BBO#544475
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626
icrawford@toddweld.com

2

972471
987980v1