UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
2003-CV-12426 RCL

_____
                                )
CAREFREE PARK CORPORATION,      )
AMIN NABHAN and JAMILE NABHAN   )
                                )
         Plaintiffs,            )
                                )
v.                              )
                                )
ADIB NABHAN                     )
                                )
         Defendant.             )
_____)

## DEFENDANT'S PROPOSED JURY QUESTIONS

Defendant, Adib Nabhan, has reviewed the proposed jury questions submitted by plaintiffs and hereby objects to question number four (4) as presently worded and, in addition, submits the following additional questions for the Court's consideration.[1]

14.  [To be inserted after Proposed Question 13]  Did Amin and Jamile Nabhan breach their fiduciary duties to Adib Nabhan by freezing him out of Carefree Park Corporation?

    Yes____    No ____

21.  [To be inserted before Proposed Question 18] When did Amin Nabhan know or should have known that Adib Nabhan

---

[1] Plaintiffs' counsel has indicated that they object to these questions.

incorporated Fun Depot, Inc. as the sole shareholder of a Subchapter S Corporation?

Date:_____

                         ADIB NABHAN

                         By his attorney,

/s/ Ian Crawford
Ian Crawford(BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

Doyle C. Valley, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 737-8846

DATED:  February 28, 2006

### CERTIFICATE OF SERVICE

    I, Ian Crawford, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2006.

/s/ Ian Crawford
Ian Crawford

2