UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAREFREE PARK CORPORATION,         )
AMIN NABHAN and JAMILE NABHAN      )
            Plaintiffs,            )
                                   )
                                   )
v.                                 )   CIVIL ACTION
                                   )   NO. 2003-CV-12426-RCL
                                   )
ADIB NABHAN,                       )
            Defendant              )
                                   )

## VERDICT FORM

**THE PLAINTIFFS' CLAIMS**

1.  Did Adib Nabhan breach a fiduciary duty to Carefree Park by improperly taking for himself a corporate opportunity, namely the Fun Depot arcade business?

    YES __✓__ NO _____

*If you answer "Yes" to question number 1, please go on to question number 2. If you answer "No" to question number 1, then go on to the defendant's claims, beginning with question number 5.*

2.  Did Adib Nabhan breach a fiduciary duty to Carefree Park by taking excessive compensation for himself from Fun Depot, Inc.?

    YES __✓__ NO _____

*If you answer "Yes" to question number 2, please go on to question number 3. If you answer "No" to question number 3, then go on to question number 4.*

*THIS FORM CONTINUES ON THE NEXT PAGE.*

3.  What amount of damages, if any, do you find that Adib Nabhan owes to Carefree Park for the excessive compensation he received?

    Three hundred-Fifty thousand dollars    $ 350,000.
    (write amount in words)                  (write amount in figures)

*Please go on to question number 4.*

4.  Are the plaintiffs' claims against Adib Nabhan barred by the three year statute of limitations?

    YES ✓   NO ____

*Please go on to the defendant's claims, beginning with question number 5.*

### THE DEFENDANT'S CLAIMS

5.  Did Amin Nabhan breach a fiduciary duty to Carefree Park by improperly taking money from Carefree Park for his personal benefit?

    YES ✓   NO ____

*If you answered "Yes" to question number 5, please go on to question number 6. If you answered "No" to question number 5, then go on to question number 7.*

6.  What amount of damages, if any, do you find that Amin Nabhan owes to Carefree Park for the money he improperly took?

    Twelve thousand-Ninety Five dollars and thirteen cents    $ 12,045.13
    (write amount in words)                                    (write amount in figures)

*Please go on to question number 7.*

7.  Did Jamile Nabhan breach a fiduciary duty to Carefree Park by improperly taking money from Carefree Park for her personal benefit?

    YES ____   NO ✓

*If you answered "Yes" to question number 7, please go on to question number 8. If you answered "No" to question number 7, then go on to question number 9.*

*THIS FORM CONTINUES ON THE NEXT PAGE.*

8. What amount of damages, if any, do you find that Jamile Nabhan owes to Carefree Park for the money she improperly took?

_____          $ _____
(write amount in words)                (write amount in figures)

*Please go on to question number 9.*

9. Did Amin Nabhan breach a fiduciary duty to Adib Nabhan by improperly taking money from the Adele Realty trust for his personal benefit?

YES __✓__    NO _____

*If you answered "Yes" to question number 9, please go on to question number 10. If you answered "No" to question number 9, then go on to question number 11.*

10. What amount of damages, if any, do you find that Amin Nabhan owes to the Adele Realty Trust for the money he improperly took?

— Zero —                              $ 0
(write amount in words)                (write amount in figures)

*Please go on to question number 11.*

11. Was Carefree Park unjustly enriched by services that Adib provided on its behalf?

YES __✓__    NO _____

*If you answered "Yes" to question number 11, please go on to question number 12. If you answered "No" to question number 11, then go on to question number 13.*

12. What amount of damages, if any, do you find that Carefree Park owes Adib to compensate for this unjust enrichment?

Seven thousand three hundred and ninety two dollars          $ 7,392.
(write amount in words)                (write amount in figures)

*Please go on to question number 13.*

*THIS FORM CONTINUES ON THE NEXT PAGE.*

13. Was Carefree Park unjustly enriched by personal investments that Adib made on its behalf?

   YES ___✓___   NO _____

*If you answered "Yes" to question number 13, please go on to question number 14. If you answered "No" to question number 13, then stop here.*

14. What amount of damages, if any, do you find that Carefree Park owes to Adib for this unjust enrichment?

   ___-Zero-___                          $ ___0___
   (write amount in words)                (write amount in figures)

   ___[signature]___
   Foreperson of the Jury

DATED: March 8, 2006