UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CAREFREE PARK CORP., ET AL**
Plaintiff(s)

v.                                                      CIVIL ACTION NO.**03-12426-RCL**

**ADIB NABHAN**
Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

**X**  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS  ORDERED AND ADJUDGED

Judgment for the defendant, Adib Nabhan as to all counts of the First Amended Complaint.  Judgment for the defendant/plaintiff-in-counterclaim Adib Nabhan on Counts I and IV of the counterclaim against the plaintiff/defendant-in-counterclaim Amin Nabhan. Amin Nabhan is to pay Carefree Park Corp. damages in the amount of $12,095.13.  Judgment for the defendant/plaintiff-in-counterclaim Adib Nabhan on Count VIII of the counterclaim against the plaintiff/defendant-in-counterclaim Carefree Park Corp. Carefree Park Corp. is to pay Adib Nabhan damages in the amount of $7,392.00. Judgment for the plaintiff/defendant-in-counterclaim Jamile Nabhan on all counts of the Counterclaim.

Sarah A. Thornton, Clerk

Dated:    3/23/06                          /s/ Lisa M. Hourihan
                                          ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                      [jgm.]