UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREFREE PARK CORPORATION, AMIN NABHAN and JAMILE NABHAN,<br><br>           Plaintiffs,<br><br>v.<br><br>ADIB NABHAN,<br><br>           Defendant. | Civil Action No. 2003-CV-12426 RCL |

## NOTICE OF APPEAL

Notice is hereby given that Carefree Park Corporation, Amin Nabhan and Jamile Nabhan, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order of Judgment entered March 23, 2006, its Order dated June 15, 2006 denying Plaintiffs' Motion For A New Trial On the Issue Of Whether Plaintiffs' Claims Are Barred By The Statute Of Limitations and Plaintiffs' Renewed Motion For Judgment As A Matter of law or, In The Alternative, For A New Trial and from all other judgments, orders and rulings adverse to the plaintiffs.

10033909.1

This Notice of Appeal is filed within the time permitted by Rule 4(a), Fed. R. App. P.

                                                CAREFREE PARK CORPORATION,
                                                AMIN NABHAN and JAMILE NABHAN,

                                                By their attorneys,

                                                /s/ *Robert L. Kirby, Jr.*
                                                Robert L. Kirby, Jr. (BBO #550538)
                                                Gordon M. Jones, III (BBO # 549016)
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, MA  02110-2131
Dated: July 6, 2006                      (617) 345-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail or electronically on July 6, 2006.

                                                /s/ *Robert L. Kirby, Jr.*
                                                Robert L. Kirby, Jr.