# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12426

Carefree Park Corporation, et al

v.

Adib Nabhan

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Exhibits No. 1-56

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 13, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/16/06.

*[signature]*

Deputy Clerk, US Court of Appeals

- 3/06