# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2053

CAREFREE PARK CORPORATION;
AMIN NABHAN; JAMILE NABHAN
Plaintiffs - Appellants

v.

ADIB NABHAN
Defendant - Appellee

### JUDGMENT

Entered: November 21, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

By: LYNNE ALIX MORRISON
Appeals Attorney

[cc: Robert L. Kirby, Jr., Esq., Gordon Messick Jones III, Esq., Doyle C. Valley, Esq., Ian Crawford, Esq.]